# EXHIBIT B

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
Drug Enforcement Administration
Office of Chief Counsel – CCL
2401 Jefferson-Davis Highway
Alexandria, VA 22301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Charles [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) X

C. Date of Delivery X 8/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7006 0100 0001 ~~2941~~ 9839

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540