# EXHIBIT B

UNITED STATES POSTAL SERVICE

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7006 0100 0001 2941 9846**

**This item was delivered on 08/10/2007 at 10:12**

| | |
|---|---|
| **Signature:** |  |
| **Address:** |  |

**Enter Request Type and Item Number:**

**Quick Search** (•) **Extensive Search** ( )

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 0100 0001 2941 9846

Sent To
Civil Process Clerk
Street, Apt. or PO Box: United States Attorney's Office
District of Rhode Island
City, State: 50 Kennedy Plaza, 8th Floor
Providence, RI 02903

PS Form ... See for Instructions

LSG
LANTE SOWA GOLDMAN
ATTORNEYS AT LAW

Norbert Fessel (Of Co
Benjamin Wyzansky (
*Also Admitted in Massachuse
‡Also Admitted In Florida & P

August 9, 2007

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Civil Process Clerk
United States Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**RE:** **Brenda Baillargeon**
**VS.** **Drug Enforcement Administration, et als**
**CA. No. 07-271S**

Dear Sir or Madam:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, enclosed please find a Summons and Complaint for service upon you in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Jeffrey D. Sowa

JDS/cas
Enclosures