**United States District Court**
**For the District of Rhode Island**

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff, | : | |
| v. | : | C.A. No.: 07-271S |
| DRUG ENFORCEMENT ADMINISTRATION, XYZ CORPORATION, JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br>Defendants. | : | |

**AFFIDAVIT OF SERVICE**

Jeffrey D. Sowa, being first duly sworn, hereby deposes and states as follows:

1. I, Jeffrey D. Sowa, am the attorney for Plaintiff Brenda Baillargeon ("Plaintiff"), and make this Affidavit in support of my service of the Summons and Complaint in this matter.

2. On August 9, 2007, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I sent by Certified Mail, Return Receipt Requested, a Summons, in the form attached hereto as **Exhibit A**, and the Complaint in this action to Alberto Gonzales, Attorney General, U.S. Department of Justice, Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

3. A copy of the post office receipt is attached hereto as **Exhibit B** reflecting delivery of the Summons and Complaint on August 13, 2007.

4. Based upon the aforesaid, Plaintiff has complied with the requirements of Rule 4 of the Federal Rules of Civil Procedure.

Jeffrey D. Sowa, Esquire #5764

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on this 11th day of September, 2007, before me personally appeared Jeffrey D. Sowa, to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him executed to be his free act and deed.

Corinna A. Sowa

Notary Public
My Commission Expires: 12/9/09