IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

BRENDA BAILLARGEON )
Plaintiff )
)
v. ) CA 07-271S
)
DRUG ENFORCEMENT ADMINISTRATION, )
XYZ CORPORATION, JOHN DOE I, JOHN )
DOE II, and JOHN DOE III, )
Defendants

DEFENDANTS' ASSENTED -TO MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, on behalf of the Defendants, moves that the Defendants' time to answer, or otherwise respond to, the Complaint be enlarged up to and including December 10, 2007. As grounds for this motion, Defendants state that additional time is needed to obtain and review the administrative file in this matter.

Plaintiff's attorney has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B . MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2007, I electronically filed the within Defendants' Assented-To Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Jeffrey D. Sowa, Esq.
Michael J. Jacobs, Esq.
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney