IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON<br>Plaintiff<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION, XYZ CORPORATION, JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br>Defendants | ) | CA 07-271S |

I, Susan D. Ashcraft, make the following declaration under penalty of perjury:

1. I am employed by the Drug Enforcement Administration ("DEA") as Chief of the Asset Forfeiture Section, Operations Management Division. I have held this position since December 2003.

2. As Chief, my responsibilities include managing the DEA's Asset Forfeiture Program. Among other things, I am responsible, on behalf of the DEA, for administering Contract DJJ-04-C-0980 between the Department of Justice and Forfeiture Support Associates ("FSA"), a government contractor. (Attached as Ex. 1 is a true and correct copy of Contract DJJ-04--C-0980). Under this contract, FSA provides services to the Department of Justice and its agencies in support of the Department of Justice's Asset Forfeiture Program.

3. Until 2005, Brenda Baillargeon was an FSA employee, who worked at the DEA's Providence Resident Office under Contract DJJ-04-C-0980 ("FSA Contract"). She was not an employee of the DEA.

4. In February 2005, as a result of an investigation into allegations that Ms. Baillargeon fraudulently recorded her time and attendance information, the DEA's New England Field Office advised me of its concerns regarding Ms. Baillargeon and recommended that she be removed under the FSA contract due to her time and attendance issues.

5. I concurred with the New England Field Office's recommendation, and on February 4, 2005, pursuant to the FSA Contract, I requested that FSA remove her from her position as a contract worker at the DEA's office because her continued presence was contrary to the best interests of the DEA. (Attached as Ex. 2 is a true and correct copy of my letter to FSA dated Feb. 4, 2005).

6. As a result of the request that FSA remove Ms. Baillargeon from her contract position at the DEA's office, I also informed FSA that her DEA sensitive security

clearance would be revoked, which meant that her access to the DEA facility and DEA sensitive information would be terminated.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this the 7th day of December 2007.

Susan D. Ashcraft
Chief
Asset Forfeiture Section
Operations Management

# *Contract DJJ-04-C-0980*

# *ASSET FORFEITURE PROGRAM SUPPORT*

## TABLE OF CONTENTS

SECTION B - SUPPLIES/SERVICES/PRICES . . . . 5
B.1 General . . . . 5
B.2 Minimum and Maximum Amounts . . . . 5
B.3 Pricing Tables . . . . 6
B.4 Unit Prices . . . . 7
B.5 Other Direct Costs . . . . 9
B.5.1 Materials and Training . . . . 9
B.5.2 Travel . . . . 9
B.6 Price Adjustments Under the Service Contract Act . . . . 10
B.6.1 General . . . . 10
B.6.2 Services Performed in "All Other" Regions . . . . 12
B.6.3 Option Periods . . . . 12

SECTION C - STATEMENT OF WORK . . . . 14
C.1 General . . . . 14
C.1.1 Definitions . . . . 14
C.1.2 Introduction . . . . 16
C.1.3 Mission . . . . 17
C.1.4 Scope of Work . . . . 17
C.1.5.1 Key Personnel . . . . 18
C.1.5.2 Training of Contractor Staff . . . . 19
C.1.5.3 Employee Qualifications and Conduct . . . . 19
C.1.5.4 Labor Categories . . . . 20
C.1.5.5 Pension Plan . . . . 20
C.1.6 Security Clearances . . . . 20
C.1.7 Quality Control . . . . 21
C.1.8 Performance Evaluation Meetings . . . . 21
C.1.9 Contract Phase-In . . . . 21
C.1.10 Contract Phase-Out . . . . 22
C.1.11 Contingencies . . . . 22
C.2 Contractor Furnished Items . . . . 22
C.2.1 Order Entry and Tracking System . . . . 22
C.3 Specific Tasks . . . . 23
C.3.1 General Requirements . . . . 23
C.3.1.1 Coordination with Other Government Organizations . . . . 23
C.3.1.2 Ordering Productive Hours . . . . 23
C.3.2 Management and Supervision . . . . 24
C.3.3 Recruitment and Retention . . . . 25
C.3.3.1 Recruitment . . . . 25
C.3.3.2 Retention . . . . 25

C.3.4 Training ..... 26
C.3.4.1 General ..... 26
C.3.4.2 Conduct of Training Courses ..... 26
C.3.4.3 Attendance of Training Courses ..... 26
C.3.5 Clerical Support ..... 27
C.3.6 Data Analysis ..... 28
C.3.7 Legal Process Support Analysis ..... 29
C.3.8 Property Custody ..... 30
C.3.9 Procurement Assistance ..... 30
C.3.10 Mail Room Operation ..... 30
C.3.11 File Room Operation ..... 31
C.3.12 Fiscal Operations ..... 31
C.3.13 Reports ..... 32
C.3.13.1 Performance Issues ..... 32
C.3.13.2 Labor Hours Delivered ..... 32
C.3.13.3 Labor Costs ..... 33
C.3.13.4 Travel Cost ..... 34
C.3.13.5 Invoice and Payment Summary ..... 34
C.3.13.6 Training Report ..... 35
C.3.13.7 Staffing Report ..... 35
C.3.13.8 Expenditure Report ..... 36

SECTION D - PRESERVATION, PACKAGING AND MARKING ..... 37
D.1 Payment of Postage and Fees ..... 37
D.2 Preservation, Packing and Marking ..... 37

SECTION E - INSPECTION AND ACCEPTANCE ..... 38
E.1 Inspection and Acceptance ..... 38
E.2 Clauses Incorporated by Reference ..... 38

SECTION F - DELIVERIES OR PERFORMANCE ..... 39
F.1 Term of the Contract ..... 39
F.2 Option to Extend Term of Contract (FAR 52.217-9) (MAR 2000) ..... 39
F.3 Option to Extend Services (FAR 52.217-8) (NOV 1999) ..... 39
F.4 Place of Performance ..... 39
F.5 Notice to the Government of Delays ..... 40
F.6 Clauses Incorporated by Reference ..... 40

SECTION G - CONTRACT ADMINISTRATION DATA ..... 41
G.1 Contracting Officer's Technical Representative (COTR) ..... 41
G.2 Contract Administration ..... 42
G.3 Security Programs Manager ..... 43
G.4 Contractor Representative ..... 44

G.5 Payment . . . . . . . . . . 44
G.5.1 General Invoice Requirements . . . . . . . . . . 44
G.5.2 Time-and-Materials or Labor Hour Task Orders . . . . . . . . . . 45
G.5.3 Per Lot Task Orders . . . . . . . . . . 46
G.5.4 Interest on Overdue Payments . . . . . . . . . . 46
G.6 Payment by Electronic Funds Transfer – Central Contractor Registration (FAR 52.232-33) (OCT 2003) . . . . . . . . . . 46

SECTION H - SPECIAL CONTRACT REQUIREMENTS . . . . . . . . . . 49
H.1 Contract Type . . . . . . . . . . 49
H.2 Indefinite Quantity (FAR 52.216-22) (OCT 1995) . . . . . . . . . . 49
H.3 Ordering (FAR 52.216-18) (OCT 1995) . . . . . . . . . . 49
H.4 Ordering Activity . . . . . . . . . . 50
H.5 Order Limitations . . . . . . . . . . 50
H.6 Freedom of Information Act Requests for Contract's Proposal . . . . . . . . . . 50
H.7 Delivery of Redacted Proposal . . . . . . . . . . 51
H.8 Government Furnished Information, Facilities and Assistance . . . . . . . . . . 51
H.9 Indemnification . . . . . . . . . . 51
H.10 Permits and Licenses . . . . . . . . . . 52
H.11 Prohibition Against Soliciting and Performing Personal Services . . . . . . . . . . 52
H.12 Restrictions on Employee Activity . . . . . . . . . . 53
H.13 Contractor Employee Residency Requirement . . . . . . . . . . 54
H.14 Observance of Legal Holidays/Federal Holidays . . . . . . . . . . 54
H.15 Hours of Operation . . . . . . . . . . 55
H.16 Facility Access . . . . . . . . . . 55
H.17 Personnel Requirements . . . . . . . . . . 56
H.18 Personnel Security Clearance Requirements . . . . . . . . . . 56
H.19 Physical Security Requirements . . . . . . . . . . 64
H.20 Organizational Conflicts of Interest . . . . . . . . . . 64
H.21 Confidentiality of Data . . . . . . . . . . 65
H.22 Proprietary Rights . . . . . . . . . . 65
H.23 Publicity . . . . . . . . . . 66

SECTION I – CONTRACT CLAUSES . . . . . . . . . . 67
I.1 Statement of Equivalent Rates for Federal Hires (FAR 52.22-42) (MAY 1989) . . . . . 67
I.2 Clauses incorporated by reference (FAR 52.252-2) (FEB 1998) . . . . . . . . . . 67

SECTION J – LIST OF ATTACHMENTS . . . . . . . . . . 70

SECTION K – REPRESENTATIONS AND CERTIFICATIONS . . . . . . . . . . 71

The following sections of the Contractor's proposal are hereby incorporated by reference into this contract:

Volume II - Initial Technical Proposal, dated 08/05/03, as follows:

Section 2, Management Plan - Pages 2-4 through 2-25.

Section 3, Staffing - Entire section, to include Attachment 1, "Compensation Data".

Section 4, Service Delivery - Entire section.

Section 5, Transition Plan - Entire section.

Final Proposal Revision, dated 02/17/04 - Contractor's response to Technical Proposal Questions 2 through 6 and 8 through 15.

## *SECTION B - SUPPLIES/SERVICES/PRICES*

### B.1 General

(a) The Contractor shall provide personnel, supervision and other related services and incidental items necessary to perform the work on an indefinite delivery/indefinite quantity basis as defined in this contract.

(b) The contract includes a base period and five (5) option periods as described below:

Contract Term

| | | | |
|---|---|---|---|
| Base Period | 10/01/04 | through | 09/30/05 |
| Option Period I | 10/01/05 | through | 09/30/06 |
| Option Period II | 10/01/06 | through | 09/30/07 |
| Option Period III | 10/01/07 | through | 09/30/08 |
| Option Period IV | 10/01/08 | through | 09/30/09 |
| Option Period V | 10/01/09 | through | 09/30/10 |

(c) The performance of all work under this contract shall be initiated by the issuance of task orders by the Contracting Officer as discussed in Sections H.2 through H.5. Individual task orders may be issued on a firm fixed price (FFP), time-and-material (T&M), or labor-hour (LH) basis; however, the Government anticipates that the overwhelming majority of orders will be issued on a LH or T&M basis.

(d) Because the continuing provision of support services is essential to continuity of the program, it is critical that the phase-in of Contractor personnel and the assumption of ongoing tasks is accomplished in a well planned, orderly and efficient manner, utilizing the Transition Plan provided by the contractor. The specific phase-in assistance to be provided will be determined by the Government and provided to the Contractor, via separate task order(s) issued by the Administrative Contracting Officer. The Contractor shall provide the phase-in assistance in accordance with Section C.1.9 and Section F.1 of this contract.

### B.2 Minimum and Maximum Amounts

(a) The Department will order a minimum amount of **<u>$200,000</u>** under this contract. The Department will have the entire term of the contract (to include all options) to fulfill the contract minimum. The specific Contract Line Item Numbers (CLINs) and quantities will be identified in the task order(s) issued under the contract. The exercise of the renewal options (see Section F.4) does not re-establish the contract minimum. During the life of this contract, the Department may order items in any quantity up to the maximum amount specified in paragraph (b) below. If the minimum amount has not been ordered then the Department will exercise the option for the next year.

(b) There are no maximum quantities or amounts for each individual CLIN, task order, or contract period. The maximum aggregate amount of all task orders issued under this contract shall not exceed **$650,000,000** for the entire term of the contract, including all options which may be exercised.

**B.3 Pricing Tables**

(a) The Contractor shall provide the services and incidental items defined in Section C at the fixed rates provided in Attachment (1) to this contract.

(b) Attachment (1) includes thirty-nine (39) pricing tables as described below.

(1) Contract Management. This table includes all high level management positions ( i.e., Program Manager, Regional Director, Agency Manager, and Project Director) that are directly billable under the contract. All unit prices are fixed hourly rates for labor. Generally, a single task order will be issued annually by the Government for all contract management.

(2) Consolidated Metropolitan Statistical Areas (CMSA) and Metropolitan Statistical Areas (MSA). These thirty-three (33) tables include all labor categories except the high level management positions. Generally, a separate task order will be issued annually by the Government for each individual location requiring services. All unit prices are fixed hourly rates for labor. The unit price for each labor category on a given table shall apply for work performed anywhere within that CMSA/MSA.

(3) All Other Regions. These four (4) tables include fixed adjustment factors to be utilized for all non-exempt labor categories (listed in Section B.6.1(b) below) at locations other than one of the thirty-three specific CMSA/MSAs. Work to be performed in one of these "all other" locations will be ordered as described in Section B.6.2 below.

(3) Other Direct Costs (ODC). This Table delineates the categories of costs which are considered allowable ODCs for task orders issued on a T&M basis. The Government will use this table to authorize and track actual ODC expenditures under T&M orders. The fixed multiplier for each CLIN includes all administrative handling costs associated with the CLIN. The multiplier is to be applied against the actual cost of the item for which reimbursement has been authorized. The billable amount shall be limited to the actual cost of the item plus the amount resulting from the application of the appropriate multiplier identified in the table (e.g., actual cost of item is $100.00, and multiplier for the CLIN is 1.02, the total billable amount is $102.00). For subcontracted items/services, the multiplier shall only be applied one time. For example, a subcontractor might be required to travel. It is not permissible for the subcontractor to apply a markup to the travel costs in

billing the prime contractor, and then for the prime contractor to apply another markup when billing the Government. The multiplier may only be applied once, and must be applied to the original cost of the item.

(c) For convenience, the thirty-three CMSAs, MSAs, and the four "All Other Regions" are listed in the table below.

Contract Regions

| *Northeast* | | *North Central* | |
|---|---|---|---|
| New York-No. New Jersey-Long Island | CMSA 70 | Chicago-Gary-Kenosha | CMSA 14 |
| Boston-Worcester-Lawrence | CMSA 07 | Detroit-Ann Arbor-Flint | CMSA 35 |
| Philadelphia-Wilmington-Atlantic City | CMSA 77 | Cincinnati | CMSA 21 |
| Buffalo | MSA 1280 | Cleveland | CMSA 28 |
| Pittsburgh | MSA 6280 | St. Louis | MSA 7040 |
| All Other NE Region | | All Other NC Region | |
| *South* | | *West* | |
| Washington-Baltimore | CMSA 97 | Los Angeles-Riverside-Orange County | CMSA 49 |
| Miami-Ft. Lauderdale | CMSA 56 | San Diego | MSA 7320 |
| Atlanta | MSA 0520 | San Francisco-Oakland-San Jose | CMSA 84 |
| Dallas-Ft. Worth | CMSA 31 | Sacramento | CMSA 82 |
| Houston-Galveston-Brazoria | CMSA 42 | Denver | CMSA 34 |
| McAllen, TX | MSA 4880 | Portland | CMSA 79 |
| San Antonio | MSA 7240 | Anchorage | MSA 0380 |
| El Paso | MSA 2320 | Honolulu | MSA 3320 |
| Laredo | MSA 4080 | Phoenix | MSA 6200 |
| Columbia, SC | MSA 1760 | Tucson | MSA 8520 |
| Tampa | MSA 8280 | Seattle | MSA 7600 |
| San Juan-Caguas-Arc. | CMSA 87 | All Other West Region | |
| All Other South Region | | | |

Note: The "All Other" grouping in each of the four regions above consists of all of the remaining Government locations of each specific region that are not listed in the above CMSAs/MSAs.

**B.4 Unit Prices**

(a) All contract unit prices and multipliers (applied to other direct cost items) shall be as specified in the pricing tables contained in Attachment (1). The basic contract line item number (CLIN) structure includes individual pricing tables segregated by contract period and the type of service. Each CLIN includes a one-digit prefix, a four-digit core number, and a two character suffix. The first digit represents the contract period, i.e., for the Base Period, the first digit for all CLINs is "0", for Option Period 1, the first digit for all CLINs is "1", etc. The first digit of the core number represents the Unit Price Table category, i.e., "1" indicates a Contract Management labor category; "2" indicates a non- Contract Management labor category; and "3" indicates Other direct costs. The remaining three digits represent the specific labor category. The two character suffix is either "RT" for regular time, "OT" for overtime, or "OC" for other direct cost. For example, a Supervisory Financial Analyst, regular time, in Laredo, TX, during the base period of the contract would be under Table MSA 4080, CLIN 0-2004-RT.

(b) The following definitions apply to the pricing tables:

(1) Hourly Rates. Services obtained on a LH or T&M basis at the hourly rates (fixed unit prices) specified in Attachment (1) for a given task order. All prices must be fixed unit prices that include all costs and profit necessary to provide the level of service specified in the contract and/or task order. For personnel not exempt from the Service Contract Act (SCA), the Contractor shall pay at least the minimum pay and fringe benefits set forth in the Area Wage Determination (AWD) applicable to where the personnel are working

(2) Regular Time (RT). The billable rate for hourly personnel acquired via task order, or the billable hourly rate for salaried personnel acquired via task order. A normal schedule will consist of five (5) eight (8) hour work days excluding, where practical, Saturday, Sunday, and the Federal holidays listed in Section H.14.

(3) Overtime (OT). For non-exempt employees working in excess of a forty (40) hour work week, the billable rate for the excess hours is the "overtime" rate. Overtime will only be allowed if specifically authorized in the task order itself, or authorized in advance in writing (including e-mail or fax) by the Contracting Officer's Technical Representative (COTR, see Section G.1.2. For exempt employees, all work shall be billed at the "regular time" rates.

(4) Adjustment Factor. For the four "All Other" tables, the factor applied against the corresponding hourly rate from the DOL AWD that applies to the specific location where the work will be performed (see Section B.6.2 for complete description). The adjustment factor shall include all costs except salaries/wages (e.g., fringe benefits, overhead, general and administrative expenses, and profit).

(5) Other Direct Costs (ODC). Classes or categories of supplies and services which are not included in the hourly rate unit prices but are required to complete a given task order that is issued on a T&M basis or to price a task order issued on a per lot basis.

(6) Multiplier. The factor (fixed unit price) to be applied against the actual cost of an "other direct cost" item to cover administrative handling expenses.

(c) All work performed under this contract will be at Government sites.

(d) The appropriate CMSA's/MSA's fixed hourly rates and the ODC multipliers shall apply for the duration of the task, except when the period of performance of a task crosses a contract year and the Government has exercised its option to extend the overall contract. In these cases the then current year contract rates/multipliers shall apply for the balance of the task order performance, effective at the beginning of the then current contract year.

(e) A task order may include any combination of unit pricing to appropriately reflect the requirements, conditions and constraints.

**B.5 Other Direct Costs**

**B.5.1 Materials and Training**

(a) Materials and training procured on behalf of the Government under this contract will generally be exempt from State and local taxes. The Contracting Officer will provide a completed Standard Form 1094, U.S. Tax Exemption Certificate where appropriate (see FAR Part 29).

(b) If in the Government's interest, the Contracting Officer may issue a letter(s) to the Contractor authorizing the Contractor to utilize Government sources of supply (e.g., General Services Administration supply schedules) for materials and training procured on behalf of the Government under this contract (see FAR Part 51).

**B.5.2 Travel**

(a) As a general rule, local travel will not be reimbursed under this contract. Examples of local travel which will not be subject to reimbursement are: travel to and from normal job site; supervisory personnel traveling to a Government site or alternative facility to oversee operations. Personnel temporarily working at a Government site or alternative facility will consider such facility his/her normal job site.

(b) All reimbursable long distance travel shall be part of the task proposal, with specific trips approved in advance by the COTR. Reimbursement for actual (approved) travel costs incurred during the performance of support services shall be in accordance with Part 31 of the Federal Acquisition

Regulations. Travel requirements under this contract shall be met using the most economical form of transportation available. If economy class transportation is not available, the Contractor must submit to the COTR a request for advance approval to utilize higher class travel. All travel should be scheduled sufficiently in advance to be able to take advantage of offered discount rates. Individual 'travel authorization letters' may be provided to the Contractor (for all Contractor personnel who are required to travel) which may allow Contractor personnel to receive Government rates when on long distance travel. The current Federal Travel Regulations and per diem rates can be accessed at http://www.policyworks.gov/org/main/mt/homepage/mtt/perdiem/travel.shtml

(c) The Department encourages advance airfare purchases to take advantage of supersaver discounts. If the trip is canceled or travel dates are changed due to the Government's actions, the Government will, absent special circumstances, pay airline cancellation charges or airline charges for changes in the travel dates.

## B.6 Price Adjustments Under the Service Contract Act

### B.6.1 General

(a) This contract is subject to the Service Contract Act (SCA) of 1965, as amended (see Section I, clause 52.222-41). For the hourly rate CLINs, applicability of the SCA is limited to those "non-exempt" CLINs as delineated in paragraph (b) below. The Government will not be liable to the Contractor for any additional/increased sums/costs for which the Contractor may become liable to its employees as a result of a failure by the Contractor to properly conform or exempt its employees to the labor classifications stated in the applicable Department of Labor (DOL) Wage Rate Determinations contained in Attachment (2). Final determinations as to the proper conformance or exemption of Contractor employees under the SCA will be the responsibility of the DOL.

(b) The following table delineates the Contractor's classification of each hourly rate labor category as one of the following:

- Exempt. Employees performing in a bona fide executive, administrative, or professional capacity as defined in 29 CFR 541are exempt from the SCA. These labor category CLINs will not be subject to price adjustment.

- Non-Exempt. Employees other than those employed in a bona fide executive, administrative, or professional capacity as defined in 29 CFR 541are are subject to the SCA. These labor category CLINs will be subject to price adjustment as described in this section.

***Labor Category Classification Table***

| Labor Category | Federal Grade Equivalent | DOL SCA/WD Category | Class Code |
|---|---|---|---|
| Program Manager | N/A | Exempt | |
| Regional Director | N/A | Exempt | |
| Agency Manager | N/A | Exempt | |
| Project Director | N/A | Exempt | |
| Operations Supervisor | N/A | Exempt | |
| Senior Civil Investigator | GS-12 | Exempt | |
| Civil Investigator | GS-11 | Exempt | |
| Supr. Financial Analyst | GS-12 | Exempt | |
| Financial Analyst | GS-11 | Exempt | |
| Junior Financial Analyst | GS-9 | Paralegal/Legal Assistant II | 29362 |
| Accounting Clerk IV | GS-8 | Accounting Clerk | 01014 |
| Senior Pre-Seizure Specialist | GS-10 | Paralegal/Legal Assistant II (+$2.00) | 29362 |
| Training Technician | GS-9 | Computer Based Training Specialist/Instructor | 29035 |
| File Room Supervisor | GS-5/7 | General Clerk IV | 01118 |
| Mail Room Supervisor | GS-5/7 | General Clerk IV | 01118 |
| Procurement Technician | GS-9 | Engineering | 29084 |
| Property Custodian | GS-7 | Supply Technician | 01400 |
| Law Clerk | GS-9/11 | Exempt | |
| Supervisory Paralegal | GS-12 | Exempt | |
| Paralegal/Legal Assistant III | GS-11 | Paralegal/Legal Assistant III | 29363 |
| Paralegal/Legal Assistant II | GS-9 | Paralegal/Legal Assistant II | 29362 |
| Legal Clerk | GS-6 | Secretary III | 01313 |
| Data Analyst/Cashier | GS-6 | Secretary III | 01313 |
| Data Analyst/Driver Messenger | GS-6 | Secretary III | 01313 |
| Supv Records Examiner/Analyst | GS-9 | Paralegal/Legal Assistant III | 29363 |
| Records Examiner/Analyst | GS-7 | Paralegal/Legal Assistant II | 29362 |
| Data Analyst | GS-6 | Secretary III | 01313 |
| Clerical II | GS-4 | Secretary I | 01311 |
| Clerical I | GS-3 | General Clerk II | 01116 |

(c) No price (fixed unit prices) adjustments will be made during the base period of this contract to any CLINs for non-exempt labor categories except for those subject to price adjustment under FAR Clause 52.222-43 or as allowed under Section B.6.2.

(d) There will be no adjustment to the hourly rate CLINs for "exempt" labor categories, the multipliers contained in the ODC table, or the adjustment factors contained in the All Other tables during the life of this contract.

(e) If a position in a series is exempt because it is supervisory or managerial, the Contractor shall pay such positions at levels above those of the non-exempt positions in the same series (i.e., a Supervisory Paralegal shall be paid higher than a Paralegal/Legal Assistant III).

**B.6.2 Services Performed in "All Other" Regions**

(a) The CMSA/MSA pricing tables are structured to specify hourly rates for most of the areas of the country. However, there are locations that are not included within these CMSAs and MSAs. The four "All Other" tables (Northeast, North Central, South and West) are intended to specify pricing for these areas. The hourly rates for exempt labor categories in these tables cover services performed anywhere within the region that are not covered by one of the CMSA/MSA tables. The hourly rates for non-exempt labor categories cannot be determined until the Government obtains a wage determination for the specific location where the services are to be performed; therefore, the unit prices for the non-exempt CLINs are shown as "adjustment factors" in the tables.

(b) Prior to issuing a task order for work to be performed in an "all other" area that will include non-exempt labor categories, the Contracting Officer will obtain a DOL AWD for the locality involved. After receipt of the DOL AWD, the Contracting Officer will compute the contract unit price for the task order by applying the appropriate "Adjustment Factor" contained in the applicable "All Other" table against the corresponding hourly rate from the DOL AWD. For example –

> A DEA office in Birmingham, AL requires a Paralegal/Legal Assistant II. The DOL AWD rate for a Paralegal/Legal Assistant II in Birmingham, AL is $18.00/hour and the Contractor's Adjustment Factor for a Paralegal/Legal Assistant II (from the South, All Other table) is 1.700. The computed final unit price for the Paralegal/Legal Assistant II in Birmingham, AL is $30.60/hour ($18.00 x 1.700). The task order will be issued using the $30.60 hourly rate. Price adjustments for any option periods will be as specified in Section B.6.3.

### B.6.3 Option Periods

(a) For any option periods which are exercised by the Government, all price adjustments shall be limited to, and in accordance with FAR clause 52.222-43, entitled "Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multi-year and Option Contracts)", incorporated by reference into Section I of the contract.

(b) Contract CLINs subject to price adjustment under Clause 52.222-43 are limited to those non-exempt categories listed in Section B.6.1(b).

(c) The Government will utilize the supporting data contained in the Contractor's proposal to verify any increase or decrease in the contract fixed unit price(s) which may be claimed by the Contractor as a result of a revised wage determination for any option period which may be exercised by the Government. The hourly rates will be adjusted to reflect the Contractor's actual increase or decrease in applicable wages and fringe benefits to the extent that the increase is made to comply with or the decrease is voluntarily made by the Contractor as a result of the DOL wage determination applicable at the beginning of the option period. For example, the prior year wage determination required a minimum wage rate of $15.00 per hour. The Contractor chose to pay $15.50. The new wage determination increases the minimum rate to $15.60 per hour. Even if the Contractor voluntarily increases the rate to $16.00 per hour, the allowable price adjustment is $.10 per hour. As stated in Clause 52.222-43, any adjustment will be limited to increases or decreases in wages and fringe benefits as described in the clause, and the accompanying increases or decreases in social security and unemployment taxes and workers' compensation insurance, but shall not otherwise include any amount for general and administrative costs, overhead, or profit.

## *SECTION C - STATEMENT OF WORK*

### C.1 General

(a) This work statement describes support service requirements for the Department of Justice (DOJ) Asset Forfeiture (AF) Program and Agency support for law enforcement related investigations (Agency Support). The technical administration of this contract will be performed by the Justice Management Division's Asset Forfeiture Management Staff (AFMS). The support services may be provided to any or all of the following federal organizations:

* Department of Justice
    - Executive Office for United States Attorneys
    - Criminal Division, Asset Forfeiture and Money Laundering Section
    - Drug Enforcement Administration (DEA)
    - Federal Bureau of Investigation (FBI)
    - U.S. Attorney's Offices (USAO)
    - U.S. Marshals Service (USMS)
    - Justice Management Division
    - Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)
* United States Postal Service (USPS)
* Department of Homeland Security
* Department of Health and Human Services, Food and Drug Administration (FDA)
* Any other Federal agency or organization participating in programs approved by the AFMS

(b) The specific required services are outlined in Section C.1.4, detailed in Section C.3, and summarized by Component in Attachment (3), Work Center Descriptions. The support services represent a broad range of clerical, administrative and technical support activities.

#### C.1.1 Definitions

The following terms and acronyms are provided to facilitate understanding of the requirements of this solicitation.

Asset Forfeiture Program The Department of Justice program is executed by the organizations listed in C.1, above. Other organizations internal and external to DOJ may be added to the program during the term of this contract.

ACOTR - Assistant Contracting Officer's Technical Representative. Responsible for day-to-day management of individual task orders.

COTR - Contracting Officer's Technical Representative. Responsible for day-to-day management of contract.

Contractor - includes the prime contractor, subcontractors, and employees of the prime and subcontractors who are performing services under this contract.

Data Entry - The posting of information incidental to the management of assets or agency support missions.

Productive Hours - Those hours ordered by the Government and from the Contractor for an equivalent number of actual hours received.

Quality Assurance (QA) - The functions and associated actions performed by the Government to ensure that contract requirements are performed in accordance with specified standards, and that an appropriate level of Contractor quality control activities is in place and operational.

Quality Assurance Evaluator (QAE) - The specific on-site Government representative delegated authority for the day-to-day managerial and technical interaction with the Contractor personnel. The assignment may be made on an office, district, or regional basis.

Quality Control (QC) - The Contractor's internal management functions that include, but are not limited to, training, documented procedures, inspections, and tests (taken at the point of performance) necessary to ensure that Contractor products and services conform to requirements, specifications, and standards.

Site - A geographic location where work is to be performed. Generally, its will be any of a number of Government controlled spaces at a single address. Synonyms used in this document include "work site", "office", and "work center".

ACRONYMS

| | |
|---|---|
| ACOTR | Assistant Contracting Officer's Technical Representative |
| AF | Asset Forfeiture |
| AFF | Assets Forfeiture Fund |
| ATF | Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| CCF | Office of Chief Counsel, DEA |
| CO | Contracting Officer |
| COTR | Contracting Officer's Technical Representative |
| DHS | Department of Homeland Security |
| DOL | Department of Labor |
| DEA | Drug Enforcement Administration |
| DOJ | Department of Justice |

| | |
|---|---|
| FBI | Federal Bureau of Investigation |
| FDA | Food and Drug Administration |
| PRS | Performance Requirement Summary |
| PWS | Performance Work Statement |
| QA | Quality Assurance |
| QAE | Quality Assurance Evaluator |
| QC | Quality Control |
| USMS | United States Marshals Service |
| USAO | United States Attorney's Office |
| USPS | United States Postal Service |

### C.1.2 Introduction

(a) The Asset Forfeiture Program has outgrown the informal systems and control processes that were adequate when the program was small. The program's dramatic growth in the subsequent years has presented DOJ's management and leadership with a number of significant management challenges. A key component of the management solution has been the use of a support contract to provide clerical, administrative and professional support.

(b) The Department of Justice's Asset Forfeiture Program is a nationwide law enforcement program that has proven to be an effective and powerful strategy in the fight against crime. The primary mission of the Asset Forfeiture Program is to employ asset forfeiture powers in a manner that enhances public safety and security. This is accomplished by removing the proceeds of crime and other assets relied upon by criminals and their associates to perpetuate their criminal activity against society.

(c) The key to operating an efficient and effective asset forfeiture program is the ability to deliver quality administrative support services to the Program's investigative agencies, prosecutors and property custodians in a timely and cost effective manner. These support services include clerical, administrative, and professional support.

(d) The AFMS may approve, as within scope of this contract, "Agency Support Services" which are not directly related to the administrative and technical processing of assets for forfeiture. When approved, "Agency Support Services" tasks and associated labor hours delivered will be reported separately in order for the Government to reimburse the Contractor from the appropriate fund accounts. Agency Support includes all tasks performed prior to the identification of specific assets for possible seizure, through the seizure, management, disposition, and post-disposition accounting and case closure. Agency Support also includes a pro-rata share of labor on cases wherein labor is expended to support the case as well as to seize associated assets. Agency support will also include a pro-rata share of general office support, management and supervision. Agency Support Services may also include projects that are related to a DOJ or other Federal agency law enforcement mission that requires clerical, administrative, or professional support. The reporting requirements established in Section C.3.13 provide for the separate identification of this labor.

(e) It is expected that law enforcement agencies involved in the Asset Forfeiture Program, both within and outside the Department of Justice, will continue to seek services through DOJ contracts due to the close requirement for interagency coordination or because specialized services available through DOJ contracts precisely meet their program requirements, thereby mitigating the need for their own separate, duplicative procurements.

(f) It is further expected that the growth of this contract's use outside of the Asset Forfeiture Program will continue in the Federal law enforcement community for the same reason. Although the Asset Forfeiture Management Staff is the sponsoring office for this contract to support the Department's Asset Forfeiture Program, the contract may be used at the Government's discretion, to satisfy the needs of any Department of Justice component or in support of any other Government agency's law enforcement mission. Notwithstanding the sponsorship, tasks other than those specifically identified in this contract may be ordered by the Government so long as they fall within the general scope of work, have appropriate funding, and have the expressed approval of the Asset Forfeiture Management Staff.

**C.1.3 <u>Mission</u>**

Although the required tasks in Section C.3 are generically the same for all components, the individual mission of each component in the Asset Forfeiture Program does affect the emphasis and procedures of the tasks. There may be a very wide range of law enforcement related missions supported by the required labor categories. This support may be provided to any organization approved by the AFMS.

**C.1.4 <u>Scope of Work</u>**

(a) The Contractor shall provide personnel, supervision and other related services and incidental items necessary to perform the work as defined in this Statement of Work (SOW). The Contractor shall principally perform work on Government premises for the performance of the tasks under this contract. The Contractor shall provide support services to the DOJ Asset Forfeiture Program and AFMS approved Agency Support as designated in Section C.3.

(b) Although the Asset Forfeiture Management Staff is the sponsoring office for this contract to support the Department's Asset Forfeiture Program, the contract may be used at the Government's discretion to satisfy the needs of any Department of Justice component or in support of any other Government agency's law enforcement mission. Notwithstanding the sponsorship, tasks other than those specifically identified in this contract may be ordered by the Government so long as they fall within the general scope of work, have appropriate funding, and have the express approval of the Asset Forfeiture Management Staff.

### C.1.5 Personnel

The Contractor shall provide a sufficient number of qualified personnel who have sufficient experience, education, training, and skills to satisfactorily perform the requirements of this SOW. The ACOTRs and QAEs have authority to review the qualifications of personnel proposed to perform work under this contract at their specific locations.

C.1.5.1 Key Personnel

(a) The Contractor shall assign and identify the following key personnel who will provide management, administrative, and technical interface with Government personnel in the day-to-day performance of the contract:

| | |
|---|---|
| Program Manager | Regional Directors |
| Agency Manager | Project Director |

(b) Individuals assigned to these labor categories shall be designated as key personnel upon ordering of services and approval of the position by the COTR. Replacement of these individuals must be approved by the COTR. The responsibilities and qualifications for these positions are defined in Attachment (4), Labor Category Descriptions.

(c) All key personnel are subject to the following:

(1) Replacement is subject to the prior written approval of the COTR.

(2) Requests for replacement shall include a detailed resume containing a description of position duties and qualifications, information about the qualifications of the individual(s) proposed, and any additional information requested by the Contracting Officer in sufficient detail to permit the Contracting Officer to evaluate the impact on the work the Contractor is obligated to perform hereunder.

(3) Contractor proposals to move any key personnel off the contract shall be submitted in writing at least 15 days in advance of proposed moves, and are subject to the approval of the COTR, including approval of proposed replacements. No diversion shall be made by the Contractor without the written consent of the COTR.

(4) The Government reserves the right to review the qualifications of key personnel selected to work on this contract before assignment, including the individuals proposed (in the Contractor's proposal) and any replacements for these individuals, and to reject individuals whom it determines are not suitable for the program. The Government also reserves this right in certain circumstances when specific non-key personnel are required for specific tasks.

(d) The list of key personnel set forth may be amended from time to time during the course of the contract to either add or delete personnel, as appropriate. The base location of the Regional Directors shall be defined by the proposal leading to the award of this contract. Changes to the base location of the Regional Directors must be approved by the Contracting Officer. The Program Manager shall be located within the metropolitan Washington, D.C.

C.1.5.2 Training of Contractor Staff

(a) The Contractor shall be responsible for providing trained, experienced staff for performing the work ordered under this contract, and for continuously monitoring, managing and controlling the work. The Contractor shall make its best efforts to retain staff members who have gained experience on this contract, and to minimize staff turnover.

(b) The Contractor shall train its own staff so as to ensure that all personnel are able to perform their duties under each task/delivery order satisfactorily. Upon request, the Contractor shall furnish the COTR with formal documentation of the training provided to Contractor staff including testing tools for determining whether individual employees have achieved required competence levels. Except where specifically approved by the COTR, training of Contractor staff is not separately billable. Specialized training requested by the COTR beyond that which would normally be required to perform under the contract is billable.

(c) In addition to job-specific or professional training, the Contractor shall ensure its employees on this contract are trained on "contract-specific" issues such as DOJ ethics, standards of conduct, individual conflicts of interest, confidentiality requirements, DOJ security requirements, understanding of the function of reporting, and the importance of quality control and quality assurance. In addition, Contractor managers shall be educated in the terms and conditions of the contract.

C.1.5.3 Employee Qualifications and Conduct

(a) The Government reserves the right to require the Contractor to reassign from this contract any Contractor employee(s) who is deemed incompetent, careless, unsuitable or otherwise objectionable, or whose continued use under the contract is deemed contrary to the best interests of the Government.

(b) The Contractor shall remove any employee from performance of contract work within five (5) working days of receiving notice from the Contracting Officer that the employee's performance is unsatisfactory. The Contractor shall immediately remove any Contractor employee found to represent a threat to the safety of government records, government employees, or other Contractor employees; if this occurs the Contractor shall reimburse the Government for the cost of any Government-provided or funded training given to the Contractor employee who ceases to perform Contract duties within six (6) months after receiving that training. In instances where the removal of an employee is for substandard performance or behavior negatively impacting delivery of services, the Contractor will be given an opportunity to address the situation prior to removing the employee.

C.1.5.4 Labor Categories

(a) Attachment (4) provides labor category descriptions and minimum qualifications for each labor category. Additional labor categories may be added during the contract period via contract modification.

(b) All contractor personnel assigned for this work must be fully capable of reading, writing, understanding, and speaking common English and must be computer literate. These minimum requirements are not subject to the waiver process below.

(c) Qualification Requirement Waiver Request. During contract administration, and under certain circumstances, the Government reserves the right to waive specific qualification requirements for any given labor category if issuing a waiver is determined to be in the best interest of the Government. The issuance of waivers will not be a routine practice. In each case, a waiver request shall be submitted by the Contractor, along with the resume for the individual for whom the waiver is being requested, giving a description of and full justification for the proposed waiver. The waiver request package shall include a synopsis of the recruitment leading up to the request to include a complete list of the pool of candidates from which the subject individual was selected. The waiver request will be reviewed and approved by the Contracting Officer. The Contracting Officer may delegate the approval authority to the COTR. If the waiver is granted, the position description is not changed, but the individual person granted the waiver is authorized to work under that specific title with all the duties and benefits conferred upon it. However, the waiver is not transferrable to another labor category.

C.1.5.5 Pension Plan

The Contractor shall maintain a modern style pension plan as part of its Total Compensation Plan. For any newly established pension plan or modification to an existing pension plan, the Contractor shall notify the Contracting Officer at least sixty (60) days in advance and describe the new pension plan and/or modification. Prior to implementing the new plan or modification to the existing plan, the Contractor shall meet with Government representatives to discuss the new plan or modification and resolve any Government concerns, if such a meeting is deemed necessary by the Contracting Officer.

**C.1.6 Security Clearances**

(a) Each employee of the Contractor working under this contract is subject to the security clearance requirements as set forth in Section H.18 or the individual task order. Prior to assigning an employee to the contract, the Contractor must submit for that employee the completed forms as specified in Section H.18 or the task order.

(b) The Contractor is responsible for screening all prospective employees for suitability for work on this contract as delineated in the Contractor's proposal. Guidelines for this screening function are also provided in Section H.18.

### C.1.7 Quality Control

(a) The Contractor shall be solely responsible for the quality of services provided. The Contractor shall also be liable for Contractor employee negligence, and any fraud, waste or abuse.

(b) The Contractor shall utilize a Quality Control (QC) System to ensure that services are completed in accordance with acceptable principles of internal control, and meet specified, acceptable levels of quality. The operation of the Quality Control Program shall be described in a written plan maintained and made available to the COTR. The Contractor shall maintain this plan and revise it as necessary throughout the life of the contract.

### C.1.8 Performance Evaluation Meetings

(a) At a minimum, performance evaluation meetings shall be held quarterly during the contract performance period, or as agreed to by the COTR and the Contractor. Performance meetings will be required on a weekly basis during the transition period and initial implementation.

(b) The Contractor shall be prepared to discuss contract performance at these meetings. These meetings shall be conducted as specified by the COTR. Meetings will be held during hours that are mutually agreeable between the COTR and the Contractor. At a minimum, these meetings shall include the Contractor's Program Manager and the COTR. A mutual effort will be made to resolve any problems which arise during the performance of the contract. Written minutes of these meetings shall be prepared by the Contractor for the COTR's approval.

(c) COTR approved performance meetings may also occur between the Contractor and a specific component. Minutes of all such performance evaluation meetings shall be prepared by the Contractor for the COTR's approval.

### C.1.9 Contract Phase-In

(a) The continuing provision of support services covered under this solicitation is essential to continuity of the program. Therefore, it is critical that the transition from the current operation to a new contract be accomplished in a well planned, orderly and efficient manner. The Contractor shall be responsible for the phase-in of Contractor personnel and the assumption of ongoing tasks in accordance with the Government phase-in schedule (see Section B.1(d)). Phase-in activities will include, but not be limited to, placement of any necessary subcontracts, mobilization of staff and other resources, obtaining of necessary clearances, execution of the Confidentiality Agreement included as Attachment (5), and any other activities required to put the Contractor in a position to accept and perform task orders for AFPS services. Certain current staff of the incumbent contractor will be available during this period to provide administrative and technical orientation to new Contractor personnel, familiarize the Contractor with required services, and provide other guidance and assistance as mutually determined by the Government and the Contractor.

(b) The Contractor shall provide required phase-in assistance in accordance with the transition plan included in Section 5.0 of the Contractor's Technical Proposal, dated August 05, 2003. The specific phase-in assistance to be provided shall be determined by the Government. The Government will issue a task order to the Contractor for the specific phase-in effort. The cost of the phase-in assistance shall not exceed $400,000.

### C.1.10 Contract Phase-Out

At the conclusion of the contract, the functions performed under this contract may convert to an in-house Government operation or may be awarded through another contract. In either case, the Contractor may be required to assist in the phase-out of this contract. The price and terms of the assistance required will be negotiated as a separately priced task order.

### C.1.11 Contingencies

(a) Special and emergency situations shall include, but not be limited to, structural fire, accidents, civil disturbances, disaster warnings, acts of God, national emergencies and international crises, and adverse weather conditions which may require that the Contractor operate on an emergency basis. The Contractor shall provide contingency services as requested by the CO. If a requirement arises for the Contractor to operate on an emergency basis due to a situation defined as a contingency, an adjustment to the existing order will be negotiated.

(b) The Contractor shall maintain the strike contingency plan included in its proposal to ensure continuity of operations in the event of strike by Contractor personnel. While the work force under the current contract is not unionized, the Government needs to plan for the continuity of operations in the event of a generalized interruption by contractor employees. Contractor services under the strike contingency plan shall be at no additional cost to the Government.

## C.2 Contractor Furnished Items

### C.2.1 Order Entry and Tracking System

(a) The Contractor shall make available an automated delivery order entry and tracking system. This system will be utilized by both the Government and the Contractor to capture and track the status of a purchase request from the time of initiation through the time it becomes a task order and through the term of the order. Individual task orders will be issued by the Government utilizing the system.

(b) The Government has no need to "own" this system; however, the data and information therein or its derivations shall at all times be considered Government Property. Any cost associated with furnishing, utilizing, and maintaining the system shall not be separately billable under this contract.

## C.3 Specific Tasks

The Contractor shall provide the necessary management, supervision, and labor to satisfactorily perform the specific tasks described in this section of the solicitation.

### C.3.1 General Requirements

C.3.1.1 Coordination with Other Government Organizations

The Contractor shall coordinate activities and communicate with a wide variety of organizations. This coordination shall be maintained to achieve the dual objectives of specific support requirements and broader program goals. These organizations may include: DOJ components; other Federal agencies; state and local organizations; DOJ management, divisions, employees, consultants, contractors, and grantees performing services for the Asset Forfeiture Program; and, International Government Organizations.

C.3.1.2 Ordering Productive Hours

(a) Each individual task order will include the component, location, pricing table, CLIN, labor category, and billing rate. The quantity of hours ordered will be designated in terms of productive hours.

(b) Productive hours are defined as those hours ordered by the Government and provided by the Contractor for an equivalent number of actual labor hours received, except when a condition described below applies.

(c) Productive hours do not include:

(1) Leave time (holiday, sick, vacation, administrative).

(2) The time required for "qualification" training of new or substandard contractor employees or "upgrade" training which is provided by the Contractor.

(3) The times when, prior to the employee arriving at the workplace, the operations of the Federal agency have been shut-down or curtailed due to unusually severe weather, other Acts of God, budgetary reasons, or other unforeseeable circumstances. The Contractor's Management Plan shall address how the contract employees will be compensated during these periods of time.

(d) Productive hours do include:

(1) The time required to attend training specifically ordered by the Government, including reasonable travel time as determined by the ACOTR or QAE.

(2) The intermittent time or times, when Government operations are closed for the balance of a work day that has already commenced. The closing of operations during these periods is usually related to concerns regarding the safety of employees.

(3) Special Holiday Time provided by Executive Order from the President of the United States.

In these rare instances provided in subparagraph (d) above, the contractor may bill for the balance of the scheduled workday(s) with the specific written authorization of the ACOTR.

### C.3.2 Management and Supervision

(a) The Contractor shall provide supervision of its contract personnel and consistent and timely management of the support services to be provided under this contract. The labor categories listed below have been specifically designed to provide the required levels of management and supervision by the Contractor:

Program Manager - Responsible for total contract management.

Regional Director - Supervise and recruit for designated geographic area.

Agency Manager - Supervise and recruit for one specific agency.

Project Director - Manage offices with over 50 full time equivalent contract positions filled.

Operations Supervisor - Manage offices with more than two first-level supervisors and over 20 full time equivalent contract positions filled.

File Room Supervisor and Mail Room Supervisor - Manage large file and mail operations.

Supervisory Paralegal, Paralegal III, Supervisory Records Examiner/Analyst, Supervisory Financial Analyst, Supervisory Technical Writer - Supervise offices with less than 20 full time equivalent contract positions filled.

(b) The Contractor shall appoint an individual who will be the Contractor's Authorized Representative for technical and administrative performance of all services required hereunder. This Authorized Representative shall provide the single point of contact through which all Contractor/Government communications, work, and technical direction shall flow. The Authorized Representative shall receive and execute, on behalf of the Contractor, all orders for work and technical direction as the COTR and authorized ordering officials may issue within the terms and conditions of the contract. All administrative support of Contractor technical personnel required to fulfill the tasks assigned under this contract shall be the responsibility of the Contractor.

(c) The Contractor shall ensure that an appropriate level of management and supervision is provided to accomplish the following:

(1) Day-to-day supervision of Contractor assignments
(2) On-site supervision for Contractor work force
(3) On-the-job training for new personnel
(4) Periodic training of Contractor personnel
(5) Scheduling of Contractor employees
(6) On-site quality control of work performed by Contractor personnel

**C.3.3 Recruitment and Retention**

C.3.3.1 Recruitment

The Contractor shall implement and maintain the recruitment plan included in its proposal to provide for quality and timely services in accordance with this contract. Proper recruitment provides personnel quicker to respond to Government performance requirements. The recruitment services shall specifically include the following:

(1) The Contractor shall be solely responsible for advertising for personnel. The advertisement should include security requirements and specify the requirement for a background investigation. Advertisements should describe the specific position being recruited -- not a generic labor category description.

(2) The Contractor shall be solely responsible for the recruiting of candidates. The Contractor shall utilize established procedures for recruitment, including personal interviews, checking references, and matching candidates to offices. Recruitment shall be managed to provide quick identification of recommended personnel for QAE review and security review.

(3) The Contractor shall not perform any recruitment activities at Government locations, nor shall the Contractor utilize any Government resources/equipment for any recruitment activities.

C.3.3.2 Retention

The Contractor shall implement and maintain the retention program included in its proposal to encourage continued employment of qualified personnel. Objectives of the retention program should include the following:

(1) Reduced or minimum turnover.

(2) Identification and advancement of employees with promotion potential within the Contractor's organization.

## C.3.4 Training

### C.3.4.1 General

The development or modification of training curricula specific to the asset forfeiture program will be negotiated with the Contractor prior to issuance of an order for said training. The specific training to be provided shall be determined by the Government. The Government will request a proposal from the Contractor for the cost attributable to the training, negotiate a price for said training, and issue a task order to the Contractor for that training.

### C.3.4.2 Conduct of Training Courses

(a) The Contractor shall deliver training courses in accordance with the requirements of this contract or individual orders. The order will specify course title and number, class size, length of course, number of hours of class room training, and course unit price. The Contractor shall deliver a course of instruction meeting the order requirements to include classroom facility, equipment and course materials in sufficient numbers for class size, instructor(s) and on-site administrative and logistics support for course attendees. No labor or travel costs for attendees or students are to be included in the invoices for course delivery. Contractor employees attending these courses report their hours in their labor category as training and report their travel costs at their place of employment.

(b) The Contractor may be required to provide job-related training to Government as well as Contractor personnel. However, such courses will be primarily developed for contractor employees, and the Government may take advantage of the course to train its own personnel.

### C.3.4.3 Attendance of Training Courses

(a) The Contractor shall ensure that the proper personnel attend all required training. The Government will specifically authorize reduction of delivery of direct performance to attend authorized training. This will require coordination of training and performance requirements with the QAÉ or ACOTR. The following are examples of courses that may be required.

(1) Initial training in the AF Program and component mission
(2) Specific training in AF Program or related skills
(3) Recurring training required for AF Program and component requirements
(4) Specific component requirements
(5) New systems or processes
(6) New laws or procedures

(b) The Government will be responsible for the cost of the types of specific training identified above in Section C.3.4.3. However, the Contractor shall provide employees that fully meet the qualifications required under each labor category initially, and shall ensure that the employees' training remains current with industry standards so that they remain fully qualified. The Contractor shall bear the cost of ensuring that its employees meet the requirements under each labor category of this contract. The Government will not reimburse the Contractor for the basic qualifying training of its employees.

**C.3.5 Clerical Support**

The Contractor shall provide support services to include the following:

(a) Filing - The contractor shall file and retrieve letters, memorandums, reports and other documentation from files, safes, data processing equipment and other storage areas. The Contractor shall answer inquires regarding case-related information or status as maintained in the files or a data base.

(b) Handling Mail - The Contractor shall sort received mail by office or individual. The Contractor shall stuff outgoing mail into envelopes and containers, postage affixed and bulky items wrapped or packaged.

(c) Receptionist - The Contractor shall provide telephone services to include answering, referring calls, taking messages, providing information and scheduling appointments.

(d) Operate Office Equipment - The Contractor shall operate personal computers, printers, scanners, copiers, fax machines, phone answering systems, and shredders.

(e) The Contractor shall provide documentation creation and support services to include the following:

(1) Type routine forms
(2) Type general office correspondence (letters, memorandums, reports, etc.)
(3) Type forms
(4) Generate form letters
(5) Merge form letters with mailing lists
(6) Apply specialized terminology
(7) Perform on-line data update and verification of existing records
(8) Perform on-line creation of new record
(9) Perform on-line modification of records to correct mis-keyed or misrelated data
(10) Enter data into data base

(11) Print predetermined management reports
(12) Retrieve data from database.

C.3.6 Data Analysis

The Contractor shall provide support services to include the following:

(a) Receipt - Receive suspense petitions, claims, process equitable sharing requests and other documentation. Extract data from data base as required or directed. Obtain additional information from other investigative agencies or other data bases. Extract data from various agency data bases for management and program reports.

(b) Support - Conduct and reconcile inventories of data and assets. Perform word processing and data entry relevant to case documentation. Enter and retrieve data from data bases. Prepare and format management reports. Manipulate, transfer, compute and print information. Prepare and correct reports and correspondence.

(c) Review - Review information, including legal instruments, for completeness of information and proper execution. Reconcile inconsistencies in the type or substance of the data. Verify case files and the accuracy of the data in the case tracking systems. Review data and information from multiple sources.

(d) Maintenance - Establish and maintain physical files, establish case or project files, reconcile inconsistencies, gather information and organize investigative packages, maintain internal status information on the disposition of all seized and forfeited assets, distribute and receive documents. Conduct validation and verification of case files and case data system. Assist lead analyst or official in obtaining or collecting all documents and information to complete case file.

(e) Analysis - Ensure information is accurate and perform analytical computations necessary to process data. Create and manipulate spreadsheets and data bases. Review for consideration of case and stated analysis requirements.

(f) Report - Prepare notices and advertisements and declarations. Report findings concerning the information verbally or in writing. Update data bases, files and case files. Provide administrative information and assistance concerning case to other investigative agencies, state or local law enforcement agencies, U. S. Attorney's Office, other DOJ components, and higher headquarters.

(g) Driver/messenger services, as required. This may include delivery or receipt of documents or property, including seized assets. This property may include high

value and confidential items. In no case will the property include illegal drugs or evidence. This function may also include the transport of seized conveyances. In no case will seized conveyance be used for any other purpose. The conveyance used for driver/messenger services may be Government-owned, Contractor-owned, or Contractor personnel owned. The Contractor shall follow specific QAE direction concerning all authorized stops and potential routes of travel. The Contractor shall abort driver/messenger services if any danger is apparent. In no case will the Contractor personnel be armed. Contractor personnel performing this service must have a current driver's license and an active security clearance; they cannot be performing on a security waiver.

**C.3.7 Legal Process Support Analysis**

The Contractor shall provide support services to include the following:

(a) Examination of Legal Instruments - Review legal instruments for completeness and accuracy of information and proper execution. Obtain additional information from files, data bases and individuals. Review for correctness of action per Government regulations, procedures, and documentation. Research records to ascertain conditions that might preclude action. Provide information on instruments and related data. Provide assistance on instruments and related data. Gather facts for case and routine reports from file data bases and individuals. Extract data from forfeiture files and data base files. Perform initial review of petitions for remission and mitigation of forfeiture.

(b) Assistance to an Attorney - Perform research into factual aspects of portions of a case by reviewing and analyzing questions under issue, law reviews, published studies, and financial reports. Prepare summaries and digests of pertinent data. Compile indices, summarize disposition transcripts and prepare trial material. Perform legal research for trial staff, including use of automated research tools such as LEXIS, WESTLAW, etc.

(c) Driver services, as required. This may include delivery or receipt of documents or property. In no case will the property include illegal drugs or evidence. The conveyance used may be Government-owned, Contractor-owned, or Contractor personnel owned. The Contractor shall follow specific QAE direction concerning all authorized stops and potential routes of travel. The Contractor shall abort driver services if any danger is apparent. In no case will the Contractor personnel be armed. Contractor personnel performing this service must have a current driver's license and an active security clearance, i.e., can not be performing on a security waiver.

### C.3.8 Property Custody

This service will primarily be in support of a Government employee assigned the authority and responsibility for seized assets. The Contractor shall provide support services to include the following:

(a) Receiving property
(b) Deliver items for appraisal
(c) Deliver property for disposal
(d) Maintaining inventory
(e) Conducting inventories
(f) Storing property
(g) Provide quality assurance for items in storage
(h) Assist in financial records maintenance
(i) Assist with the preparation for auctions and sales

The custodian assistance must be focused on accountability and ensuring that the property retains as much of its value as possible.

### C.3.9 Procurement Assistance

This service will primarily be in support of a Government employee assigned the authority and responsibility for contract preparation and management. The Contractor shall provide support services to include the following:

(a) Assist with the development of work statements
(b) Assist with the development of technical requirements
(c) Providing contract quality assurance for items such as property appraisal, safe storage, warehouse, etc.

### C.3.10 Mail Room Operation

The Contractor shall operate designated mail rooms. Mail room operation includes the following:

(a) Safeguard accountable mail (registered, certified, insured)
(b) maintain mail records
(c) Advise on mail matters
(d) Maintain mail equipment (scales, postage meters)
(e) Sort incoming mail for distribution and dispatch outgoing mail
(f) Sort mail according to destination and type, such as returned letters, adjustments, bills, orders, and payment

(g) Weigh mail to determine that postage is correct
(h) Maintain record of registered mail
(i) Maintain logs as required

Mail room operation normally requires only part-time clerical support at most offices.

### C.3.11 File Room Operation

The Contractor shall operate designated file rooms. File room operation includes the following:

(a) Establish new files
(b) Maintain current files
(c) Implement file accountability system
(d) Develop disposal procedures
(e) Classify and index file material such as correspondence, reports, technical documents, etc., in an established filing system containing a number of varied subject matter files
(f) Maintain records of various types in conjunction with the files

File room operation normally requires only part-time clerical support at most offices.

### C.3.12 Fiscal Operations

This service will primarily be in support of a Government employee assigned the authority and responsibility for the preparation and management of fiscal documents such as disbursement requests, voucher examinations, cashier receipts, etc. The Contractor shall provide the following support services:

(a) Assist in financial records maintenance
(b) Enter data into designated Financial Management Systems or other related ADP systems
(c) Conduct inventories
(d) Perform cashier duties for non-cash operations such as filling out deposit slips and bundling checks for deposit.
(e) Maintain logs as required
(f) Classify and index file material such as correspondence, reports, technical documents, etc., in an established filing system containing a number of varied subject matter files
(g) Maintain records of various types in conjunction with the fiscal files

The fiscal assistance must be focused on ensuring accountability and accuracy of Government fiscal records.

C.3.13 Reports

(a) The Contractor shall deliver monthly, quarterly, and semi-annual management reports to the COTR and the various ACOTRs. The requirements for these reports are presented in this section. These reports are required by the Government to effectively manage this contract and may be modified by the Government for new or additional information.

(b) The Contractor shall submit a complete set of all required reports to the COTR by the 15th of each month following the applicable reporting period. The Contractor shall submit agency specific extracts of the reports to the ACOTRs at the same time. Contract period reports will be satisfied by submission of the cumulative reports for the contract period.

(c) The Contractor shall organize reports by agency. The Contractor shall deliver all required reports to the COTR via either electronic messaging or CD-ROM. Agency specific reports may be delivered via electronic messaging or CD-ROM based on guidance provided by the cognizant ACOTR. (Program format instructions will be provided by the COTR and the ACOTRs after consultation with the Contractor.) The Contractor shall furnish the required application program for all reports except the Performance Issues Report. The contractor shall design all required reports; however, the reports must be coherent and directly related to the Contractor's approved invoice system and human resource management system. The Government will approve the Contractor's proposed reporting format(s). The following are the required reports:

C.3.13.1 Performance Issues

This report shall be prepared in a Contractor designed standard format and include at a minimum:

(a) Security clearances initiated, granted and denied.

(b) Number of employees scheduled for training, the source of funding for the training, number of employees who attended training, and the reason for any differential between the two numbers.

(c) Performance Issues. The Contractor shall provide location, describe the issue, action taken, status of issue, e.g. resolution, pending action by whom, possible solution.

This report shall be submitted to the Government on a monthly basis.

C.3.13.2 Labor Hours Delivered

Part I shall include the hours delivered for each labor category at each location.

(a) Asset Forfeiture Support-Direct
(b) Asset Forfeiture Support-Overtime
(c) Asset Forfeiture Training
(d) Asset Forfeiture Total
(e) Agency Support-Direct
(f) Agency Support-Overtime
(g) Agency Support Total
(h) Location Total
(i) Cumulative Total for Contract Period

Part II shall include a summary of the hours delivered for each Labor Category for the agency:

(a) Asset Forfeiture Support-Direct
(b) Asset Forfeiture Support-Overtime
(c) Asset Forfeiture Training
(d) Asset Forfeiture Total
(e) Agency Support-Direct
(f) Agency Support-Overtime
(g) Agency Support Total
(h) Agency Total
(i) Cumulative Total for Contract Period

C.3.13.3 Labor Costs

Part I shall include the costs for each labor category at each location:

(a) Asset Forfeiture Support-Direct
(b) Asset Forfeiture Support-Overtime
(c) Asset Forfeiture Training
(d) Asset Forfeiture Total
(e) Agency Support-Direct
(f) Agency Support-Overtime
(g) Agency Support Total
(h) Location Total
(i) Cumulative Total for Contract Period

Part II shall include a summary of the costs for each labor category for the agency:

(a) Asset Forfeiture Support-Direct
(b) Asset Forfeiture Support-Overtime
(c) Asset Forfeiture Training
(d) Asset Forfeiture Total

(e) Agency Support-Direct
(f) Agency Support-Overtime
(g) Agency Support Total
(h) Agency Total
(i) Cumulative Total for Contract Period

C.3.13.4 Travel Cost

This report shall be a summary of the agency travel costs for the reporting period:

(a) Asset Forfeiture Local Travel
(b) Asset Forfeiture Non-local Travel
(c) Agency Support Local Travel
(d) Agency Support Non-local Travel
(e) Total Local Travel
(f) Total Non-local Travel
(g) Cumulative Total for Contract Period

In addition, the Contractor shall provide detailed travel information at the local/site level upon request from the Government.

C.3.13.5 Invoice and Payment Summary

Part I will include a list of invoices for the current contract period with the following information for each invoice:

a) Agency
b) Invoice Number
c) Invoice Date
d) Invoice Type (Asset Forfeiture Support or Agency Support)
e) Invoice Amount
f) Date payment received

Part II will be a list of unpaid invoices from the previous contract period with the following information for each invoice:

(a) Agency
(b) Invoice Number
(c) Invoice Date
(d) Invoice Type (Asset Forfeiture Support or Agency Support)
(e) Invoice Amount
(f) Date payment received if paid since last report

The Labor Hours Delivered, Labor Costs, Travel Costs, and Invoice and Payment Summary Reports (C.1.13.1 through C.1.13.5) shall be submitted to the Government on a monthly basis. In addition, the Contractor shall keep this information current and provide it at any time upon request from the Government.

C.3.13.6 Training Report

Part I will provide the costs of training for the current reporting period and shall include the following:

(a) Course Developed (Course Title, Course Number and Cost)
(b) Course Conducted (Course Title, Course Number, Course Location, Unit Cost and Total Cost)
(c) Total Cost of Training for the Current Reporting Period

Part II will provide the cumulative costs of training and shall include the following:

(a) Course Developed (Course Title, Course Number and Cost)
(b) Course Conducted (Course Title, Course Number, Course Location, Unit Cost and Total Cost)
(c) Total Cost of Training

The Contractor shall submit the Training Report twice per year. The first report shall be delivered no later than six months after commencement of the contract period, and the second report shall be delivered at the end of the contract period.

C.3.13.7 Staffing Report

The Staffing Report shall include the following information by labor category:

(a) Number of Full Time Equivalents ordered by agency
(b) Number of Full Time Equivalents on board by agency
(c) Totals for all Full Time Equivalents ordered and assigned
(d) Cumulative totals for all Full Time Equivalents ordered and assigned

The Staffing Report shall be submitted on a quarterly basis. In addition, the contractor shall keep this information current and provide it at any time upon request from the Government.

C.3.13.8 Expenditure Report

The Expenditure Report shall include the following information:

(a) Dollar amount of services ordered by agency
(b) Dollar amount invoiced by agency
(c) Total dollar amounts of services ordered and invoiced
(d) Cumulative total dollar amounts of services ordered and invoiced

The Expenditure Report shall be submitted on a quarterly basis. In addition, the contractor shall keep this information current and provide it at any time upon request from the Government.

## *SECTION D - PRESERVATION, PACKAGING AND MARKING*

**D.1 Payment of Postage and Fees**

All postage and fees related to submitting information to the Contracting Officer or the Contracting Officer's Technical Representative (COTR) shall be paid by the Contractor.

**D.2 Preservation, Packing and Marking**

(a) All information submitted to the Contracting Officer or the Contracting Officer's Technical Representative (COTR) shall include the contract number.

(b) Unless otherwise specified, all material shall be preserved, packaged, and packed in accordance with normal commercial practices to insure acceptance by common carrier and safe arrival at destination.

## *SECTION E - INSPECTION AND ACCEPTANCE*

### E.1 Inspection and Acceptance

(a) Inspection and acceptance of services to be furnished hereunder shall be performed at place of performance or destination, by the COTR or his designated representative, in accordance with either FAR Clause 52.246-4, "Inspection of Services – Fixed Price", or 52.246-6, "Inspection – Time and Material and Labor Hours", as applicable, and any other provisions specified in this contract. The Government reserves the right to conduct any inspection and tests it deems reasonably necessary to assure that the services provided conform in all respects to the contract specifications. Services which upon inspection are found not to be in conformance with contractual specifications shall be promptly rejected and notice of such rejection, together with appropriate instructions will be provided to the Contractor by the Contracting Officer.

(b) Inspection will be completed within thirty (30) calendar days after completion.

(1) In the event services are of a continuing nature and this contract prescribes periodic payments based upon increments of time rendered (e.g., hours or months of service), completion of services will be deemed to have occurred at the end of each whole or fractional month falling within the contract term.

(2) In the event services are not of a continuing nature, such that this contract prescribes payment based upon fixed units delivered (e.g., phase-in, training, etc.), completion will be deemed to have occurred upon delivery.

(c) Payment will constitute notification of acceptance.

(d) Written notification of negative inspection results will be furnished within thirty (30) days after completion.

### E.2 Clauses Incorporated by Reference

This contract incorporates the following clauses from the Federal Acquisition Regulation (48 CFR Chapter 1) by reference with the same force and effect as if they were given in full text. The full text of a clause may be accessed electronically at this address: http://www.arnet.gov/far/

| Clause Number | Title |
|---|---|
| 52.246-4 | Inspection of Services – Fixed Price (AUG 1996) |
| 52.246-6 | Inspection – Time and Material and Labor Hours (MAY 2001) |

## *SECTION F - DELIVERIES OR PERFORMANCE*

### F.1 Term of the Contract

The contractor shall complete its phase-in activities (see Section C.1.9) by no later than September 30, 2004. The period of performance of the contract shall commence upon conclusion of the phase-in period (as indicated by the issuance of task orders against the contract) and end on September 30, 2005. Five additional option periods of twelve (12) months each may be exercised at the discretion of the Government. The phase-in and phase-out periods are not considered to be part of the total contract period.

### F.2 Option to Extend Term of Contract (FAR 52.217-9) (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor at any time within the term of the contract, provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least thirty (30) days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed seventy-two (72) months.

### F.3 Option to Extend Services (FAR 52.217-8) (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed six (6) months. The Contracting Officer may exercise the option by written notice to the Contractor within the term of the contract.

### F.4 Place of Performance

Attachment (2) includes the listing of projected locations for Asset Forfeiture Program Support and Agency Support and each location's current Area Wage Determination. The potential list is not all inclusive, as organizations within the Government may expand the use of the contract and organizations outside the DOJ may order services from the contract. The Contractor will perform most required tasks in Government facilities. Recruitment and training may be performed in Contractor provided facilities. The Contractor shall provide its own facilities for program management.

## F.5 Notice to the Government of Delays

In the event the Contractor encounters difficulty in meeting performance requirements, or when he anticipates difficulty in complying with the task order schedule or completion date, or whenever the Contractor has knowledge that any actual or potential situation is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately notify the Contracting Officer and the COTR, in writing, giving pertinent details; provided, however, that this data shall be informational only in character and that this provision shall not be construed as a waiver by the Government of any delivery schedule or date, or any rights or remedies provided by law or under this contract.

## F.6 Clauses Incorporated by Reference

This contract incorporates the following clauses from the Federal Acquisition.Regulation (48 CFR Chapter 1) by reference with the same force and effect as if they were given in full text. The full text of a clause may be accessed electronically at this address: http://www.arnet.gov/far/

| Clause Number | Title |
|---|---|
| 52.242-15 | Stop-Work Order (AUG 1989) |
| 52.247-34 | F.O.B. Destination (NOV 1991) |

*SECTION G - CONTRACT ADMINISTRATION DATA*

**G.1 Contracting Officer's Technical Representative (COTR)**

(a) The performance of work required herein shall be subject to the technical direction of the cognizant Contracting Officer's Technical Representative (COTR) or his designee with respect to technical matters pertaining hereto. As used herein, "Technical Direction" is direction to the Contractor which fills in details, suggests possible lines of inquiry, or otherwise supplements the scope of work. "Technical Direction" must be confined to the general scope of work set forth herein and shall not constitute a new assignment, nor supersede or modify any other Clause of this contract. To be valid, technical direction:

(1) must be issued in writing consistent with the general scope of work set forth in the contract;

(2) shall not change the expressed terms, conditions, or specifications incorporated into this contract; and

(3) shall not constitute a basis for extension to the contract delivery schedule or contract price.

(b) The COTR is authorized to:

(1) Act as liaison and to coordinate contractor/government activities;

(2) Arrange for and coordinate the use of government resources (personnel, space, documents, etc.);

(3) Provide technical guidance in the performance of the contract; and

(4) Receive, review and approve (but not reject or deny) progress reports, selected invoices and final reports or other functions of a technical nature. The authority to reject performance and deny associated invoices is expressly reserved for the Contracting Officer.

(c) Each task order issued under this contract will identify an Assistant Contracting Officer's Technical Representative (ACOTR) from the client organization, who will be responsible for the day-to-day management of the task order. For some DOJ/JMD tasks the COTR may function as the ACOTR. Any function explicitly assigned to the COTR by this contract may be specifically delegated in writing by the COTR to the ACOTR for that task order, except the authority to approve any modifications to a task order.

(d) Although the COTR has the responsibility to inspect all deliverables and authorization to certify (but not to reject or deny) invoices for payment in accordance with Section G.5, these functions will

normally be delegated to the ACOTR. The authority to reject or deny performance and associated invoice payment is expressly reserved for the Contracting Officer.

(e) The COTR does not have the authority to alter the Contractor's obligations under the contract; direct changes that fall within the purview of the clause entitled "Changes" and/or modify any of the expressed terms, conditions, specifications, or price of the contract. If as a result of technical discussions, it is desirable to alter/change contractual obligations or the Specification/Work Statement, the Contracting Officer shall issue such changes in writing and signed.

(f) The COTR assigned cognizance of this contract is:

Garland Sharp
U.S. Department of Justice
Asset Forfeiture Management Staff
20 Massachusetts Avenue, NW, Suite 6400
Washington, DC 20530

Phone: 202-305-7735

(g) A copy of all written communications shall be concurrently mailed or otherwise furnished to the Contracting Officer at the address set forth in Clause G.2.

**G.2 Contract Administration**

(a) The Contracting Officer has the overall responsibility for the administration of this contract. He/she alone, without delegation, is authorized to take actions on behalf of the Government to amend, modify or deviate from the contract terms, conditions, requirements, specifications, details and/or delivery schedules. However, the Contracting Officer may delegate certain other responsibilities to his/her authorized representative.

(b) This contract will be administered by:

Dave Johnson
U.S. Department of Justice
Procurement Services Staff
National Place Bldg, Room 1000
1331 Pennsylvania Ave., NW
Washington, DC 20530

Phone: 202-307-1967

(c) Written communications shall make reference to the contract number and shall be mailed to the above address.

## G.3 Security Programs Manager

(a) Upon contract award, a Security Programs Manager (SPM) will be designated to coordinate those aspects of this contract which pertain to obtaining and maintaining security clearances at the appropriate levels for contractor personnel performing hereunder.

(b) During the pre-award phase of this contract, the SPM is responsible for performing the following duties:

(1) Provide the Contracting Officer with the appropriate contractor personnel security screening requirements (including waiver requirements, if appropriate) and background investigation (BI) requirements for obtaining services of non-federal employees under the resultant contract and task orders.

(2) Determine the risk level for each contractor position. The risk level must be based on an overall assessment of the damage that an untrustworthy contractor could cause to the efficiency or the integrity of Departmental operations. The SPM shall provide this information to the Contracting Officer for inclusion in the resultant contract.

(3) Certify that the personnel security requirements of the contract are adequate to ensure the security of Departmental operations, information and personnel. The SPM shall provide this written certification to the Contracting Officer prior to release of the Request for Proposals.

(c) The SPM for this contract is:

Timothy Virtue
U.S. Department of Justice
Asset Forfeiture Management Staff
20 Massachusetts Avenue, NW, Suite 6400
Washington, DC 20530

Phone: 202-616-8005

(d) The personnel security requirements of this contract are set forth in Section H.18 of the contract.

(e) Following award of this contract, the SPM shall ensure that the personnel security requirements set forth herein are followed. In addition, the SPM shall comply with the supplemental guidelines provided to him or her by the Contracting Officer.

## G.4 Contractor Representative

The Contractor's Representative to be contacted for all contract administration matter is:

Cliff Sturdivant, Director of Contracting
1201 E. Abingdon Drive, Suite 425
Alexandria, VA 22314
Phone: 703-254-0059

## G.5 Payment

### G.5.1 General Invoice Requirements

(a) The Contractor shall render invoices upon successful completion (full or partial) of each requirement, but not more frequently than monthly, in an original and three (3) copies to the ACOTR at the address identified in the task order. The Contractor shall not combine, on a single invoice, work performed on multiple task orders during a given period.

(b) To constitute a proper invoice, the following information and/or attached documentation shall be included with the invoice (as applicable):

(1) name and address of the Contractor
(2) invoice date
(3) contract number
(4) task order number
(5) location where the work is performed
(6) period covered by the invoice
(7) pricing table, CLIN number and description, quantity, unit price and extended total for the period covered
(8) shipping and payment terms
(9) name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment)
(10) Taxpayer Identification Number
(1) DUNS Number

(c) The ACOTR will certify the invoice for payment and forward the invoice to the Finance Office specified in paragraph (d) below for payment. Negative inspection results will be reported immediately to the COTR and Contracting Officer.

(d) The office that will make the payments due under this contract (i.e., the designated payment office) will be specified in each task order. Each ordering agency will be responsible for making payments to the Contractor as authorized by this contract and the task order.

(e) The method of payment shall be as specified in Section I.2, FAR Clause 52.232.33, "Payment by Electronic Funds Transfer - Central Contractor Registration".

(f) All follow-up invoices shall be marked "Duplicate of Original." Contractor questions regarding payment information or check identification should be directed to the ordering agency's designated payment office unless otherwise specified in the task order.

**G.5.2 Time-and-Materials or Labor Hour Task Orders**

(a) Payment for actual work and services rendered under all time-and-materials (T&M) or labor hour (LH) task orders will be made on a monthly basis in accordance with the clause entitled "Payments under Time-and-Materials and Labor-Hour Contracts" (see Section I.1, Clause 52.232-7). However, the 5% withholding provision specified in paragraph (a)(2) of clause 52.232-7 does not apply to task orders under this contract. In addition to the requirements contained in Section G.4.1, each invoice shall include (as applicable):

(1) Actual direct labor hours expended by each individual (fractional parts of an hour shall be rounded to the nearest one-fourth (¼) hour or lesser fraction in computing the amount payable) multiplied by the appropriate unit price (hourly rate) from the applicable CLIN.

(2) Itemization of all approved other direct cost (ODC) items by appropriate CLIN with supporting documentation (including subcontractor/supplier invoices).

(3) Itemization of all actual transportation and per diem expenses being claimed in accordance with Part 31 of the FAR and Section B.5.2 with supporting documentation as requested by the ACOTR.

(4) The appropriate multiplier (administrative handling charge) from the ODC pricing table.

(b) The ACOTR will certify the hours worked, ODC items (if any) and satisfactory completion of all work and services billed.

**G.5.3 Per Lot Task Orders**

The Contractor shall render invoices upon successful completion of each separately priced item in the task order as described in Section G.4.1, but not more frequently than monthly. The ACOTR will certify to the satisfactory completion of all work and services billed.

**G.5.4 Interest on Overdue Payments**

(a) The FAR clause entitled "Prompt Payment" (see Section I.2, Clause 52.232-25) is applicable to payment under this contract and requires interest on overdue payment and improperly taken discounts. Determinations of interest due will be made in accordance with the provisions of the prompt payment clause as modified by paragraph (b) below.

(b) Subdivision (a)(5)(i) of the Prompt Payment clause is modified to specify the following period for constructive acceptance by the Government: The Government agrees to inspect and determine the acceptability of services rendered in accordance with Section E.1 of this contract. For the purpose of determining the due date for payment and for no other purpose, acceptance will be deemed to occur on the last day of the above stated inspection period. However, the Contractor is not entitled to payment of contract amounts or interest unless and until actual acceptance occurs. If the services are deficient, the provisions of this clause will apply to the date the Contractor corrects the deficiencies in services.

## *SECTION H - SPECIAL CONTRACT REQUIREMENTS*

### H.1 Contract Type

This is an Indefinite Delivery/Indefinite Quantity contract. Individual orders may be issued on a time-and-materials, labor-hour, or firm-fixed-price basis.

### H.2 Indefinite Quantity (FAR 52.216-22) (OCT 1995)

(a) This is an indefinite quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after the date of expiration of the contract.

### H.3 Ordering (FAR 52.216-18) (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the award date of the contract through the expiration date of the contract.

(b) All task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the schedule.

## H.4 Ordering Activity

Services to be furnished under this contract shall be ordered by issuance of task orders issued by the U.S. Department of Justice, Procurement Services Staff. Orders may be placed only by those individuals designated in writing as Ordering Officials by the Director, Procurement Staff, Justice Management Division, Department of Justice.

## H.5 Order Limitations (FAR 52.216-19) (OCT 1995)

(a) Minimum Order. When the Government requires supplies or services covered by this contract in an amount of less than $1,000.00, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum Order. The Contractor is not be obligated to honor –

(1) Any order for a single item in excess of the maximum amount for the contract (see Section B.2);

(2) Any order for a combination of items in excess of the maximum amount for the contract; or

(3) A series of orders from the same ordering office within ten (10) days that together call for quantities exceeding the limitation in subparagraph (1) or (2) of this section.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph b) of this section.

(d) Notwithstanding paragraphs b) and c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph b), unless that order(s) is returned to the ordering office within ten (10) days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

## H.6 Freedom of Information Act Requests for Contract's Proposal

Notwithstanding any other provision in this contract or any statement or restriction in the Contractor's proposal, by entering into this contract, the contractor acknowledges that the Government will release the hourly rates contained in the Section B pricing tables of this contract in response to Freedom of Information Act (FOIA) requests. With respect to a FOIA request for any part of the Contractor's proposal set forth or incorporated by reference into this contract, before responding to the

FOIA request the Government will afford the Contractor an opportunity to explain why it believes some or all of the relevant parts of the technical proposal may be exempt from release under the FOIA.

**H.7 Delivery of Redacted Proposal**

Within fifteen (15) days after contract award, the Contractor shall provide the Administrative Contracting Officer with a copy of the portions of its proposal that are set forth or incorporated by reference into this contract, which shall be releasable to the general public in response to Freedom of Information Act (FOIA) requests. The Contractor shall assert the appropriate FOIA exception and basis thereof for any material redacted.

**H.8 Government Furnished Information, Facilities and Assistance**

(a) Pertinent technical files, as well as library facilities, at the U.S. Department of Justice shall be made available to the Contractor upon his request. Selected reference materials shall also be available through the COTR.

(b) Key U.S. Department of Justice technical personnel will also make themselves available for consultation with the Contractor, providing such consultation does not materially interfere with their normal duties and responsibilities.

**H.9 Indemnification**

(a) Responsibility for Government-owned or -leased Property and Equipment. During contract performance, the Contractor shall be responsible for all negligent acts or omissions of its employees or agents or the employees or agents of its subcontractor(s). In this regard, the contractor shall, at no cost to the Government and at the Government's option, replace or compensate the Government for any damage to or loss of Government-owned or -leased property caused by such negligent acts or omissions.

(b) Responsibility for Contractor or Third Party-owned or -leased Property and Equipment. The contractor shall indemnify the Government against any and all liability claims for loss or damage to any Contractor owned or leased property occurring as a result of negligence or omissions by employees or agents of the contractor or its subcontractor(s) in connection with the performance of work under the terms of this contract.

(c) Responsibility for Property and Equipment Damaged or Lost through no fault of the Contractor or the Government. Property damage or loss that occurs through no fault of either the Contractor, their subcontractors or agents or the Government shall be the responsibility of the party holding title to or having leased the property.

**H.10 Permits and Licenses**

In the performance of work hereunder, the Contractor shall obtain and maintain in effect all necessary permits and licenses required by Federal, State, or local government, or subdivisions thereof, or of any other duly constituted public authority. Further, the Contractor shall obey and abide by all applicable laws and ordinances.

**H.11 Prohibition Against Soliciting and Performing Personal Services**

(a) The performance of personal services under this contract is strictly prohibited.

(b) Personal service contracting is described in Section 37.104 of the Federal Acquisition Regulations (FAR). There are a number of factors, when taken individually or collectively, which may constitute personal services. Each contract arrangement must be judged in light of its own facts and circumstances, but the question relative to personal services is: Will the Government exercise relatively continuous supervision and control over the contractor personnel performing this contract?

(c) The Government and the Contractor understand and agree that the support services to be delivered under this contract are nonpersonal services in nature, that is no employer-employee relationships exist or will exist under the contract between the government and the contractor or between the Government and the contractor's employees.

(d) Contractor personnel under this contract shall not:

(1) Be placed in a position where they are appointed or employed by a Federal employee, or are under the supervision, direction, or evaluation of a Federal employee.

(2) Be placed in a Federal staff or policy making position.

(3) Be placed in a position of supervision, direction, or evaluation over DOJ personnel, or personnel of other contractors, or become a part of a government organization.

(e) Employee Relationship

(1) The services to be performed under this contract do not require the contractor or its employees to exercise personal judgment and discretion on behalf of the Government.

(2) Rules, regulations, direction, and requirements which are issued by DOJ management under their responsibility for good order, administration, and security

are applicable to all personnel who enter a Government installation. This is not to be construed or interpreted to establish any degree of Government control which is inconsistent with a non-personal services contract.

(3) The Contractor shall immediately advise the Contracting Officer if the contractor or its employees are directed by any Government employee to perform work that the Contractor believes constitutes personal services.

(f) Contractor Management Responsibility. The Contractor shall appoint a supervisor/manager who will be the contractor's authorized representative for technical and administrative performance of all services required hereunder. The supervisor shall provide the single point of contact through which all contractor/government communications, work, and technical direction shall flow. The supervisor shall receive and execute, on behalf of the Contractor, such technical direction as the COTR may issue within the terms and conditions of the contract. All administrative support of contractor technical personnel required to fulfill the tasks assigned under this contract shall be the responsibility of the contractor.

**H.12 Restrictions on Employee Activity**

(a) The distinct and separate nature of the Government-Contractor relationship must be maintained during the performance of this contract. The required support services may include access to national security, sensitive, or confidential information.

(b) The Contractor's activities shall be restricted as follows:

1) Contractor employees shall conduct only business covered by this contract while on Government premises.

2) Contractor employees, while performing contract tasks, shall not solicit new business from the Government.

3) Contractor employees shall sign a non-disclosure statement prior to commencement of work.

4) Contractor business cards, letterhead, stationary, etc., shall not in any way imply employment or legal affiliation with the U.S. Government, Department of Justice, or any other Government component.

5) Neither Contractor employees nor their relatives shall knowingly purchase, or otherwise cause to be purchased, seized assets by the Federal Government. This restriction applies to purchases through Government auction of forfeited or abandoned assets as well as purchases through other means; and is consistent with the Department of Justice's Conflict of Interest restrictions.

6) Neither the Contractor nor Contractor employees shall use Government stationary or any form of representation for private business.

7) Neither the Contractor nor Contractor employees shall in any way represent that they are employees of the Government, orally or in writing.

**H.13 Contractor Employee Residency Requirement**

(a) All contractor employees assigned to this contract and working within the United States shall meet the DOJ Residency Requirement. The Residency Requirement states that, for three of the five years immediately prior to applying for a position; the individual must have: 1) resided in the United States; 2) worked for the United States overseas in a Federal or military capacity; or 3) be a dependent of a Federal or military employee serving overseas.

(b) This requirement can be waived for short-term (i.e., those employees performing duties for a cumulative total of 14 days or less) if there is a critical need for their specialized or unique skills (for example, interpreters for rare foreign languages). These individuals must be United States citizens or Permanent Resident Aliens. A waiver request from the head of the Component outlining the extenuating circumstances along with the requisite contractor clearance package shall be submitted through the Contracting Officer's Technical Representative (COTR) to the Department Security Officer (DSO) for approval. Each waiver request will be reviewed by the DSO and a determination made on a case-by-case basis.

(c) Additionally, a contractor employee who is not a U.S. citizen must be from a country allied with the United States. Since the countries on the Allied Countries List are subject to change, the head of the Component shall review the following website for current information: http://www.opm.gov/employ/html/Citizen.htm.

**H.14 Observance of Legal Holidays/Federal Holidays**

(a) The Contractor must establish a standard holiday schedule that exactly coincides with the Government's schedule for employees working on Government site. Holidays observed are listed below. Holidays and other non-work days are not billable unless work is requested by the Government and performed on these days. The following is a list of Government holidays:

1) New Year's Day;
2) Martin Luther King's Birthday;
3) Washington's Birthday;
4) Memorial Day;
5) Independence Day;
6) Labor Day;
7) Columbus Day;

8) Veteran's Day;
9) Thanksgiving Day;
10) Christmas Day; and
11) Inauguration Day (every fourth year) in Washington DC metro area)

(b) No work shall be performed by Contractor personnel on Government facilities on Federal holidays or other non-work days without prior written approval of the COTR. If the Government determines work is required, then the work performed on holidays, weekends or other non-work days shall be billable at the overtime rates included in Attachment (1).

(c) There are certain types of irregularly occurring circumstances that prompt the Government to close its offices where Contractor personnel are working, either on a national or local basis (i.e., bomb threats, inclement weather, power outages, death of a national figure, or funding lapses). Contractor staff shall not work if the Government is closed, unless otherwise authorized by a fully executed Task Order or the Contracting Officer. Non-work due to the Government closing its facility(ies) is not an expense directly reimbursable to the Contractor. However, in those rare instances when the Government operations are curtailed for the balance of a workday that has already commenced, the Contractor may bill for the balance of the scheduled workday with the written acknowledgment of the ACOTR.

**H.15 Hours of Operation**

The specific hours of operation will be established by the QAE for each local office. Generally, Contractor personnel shall work forty (40) productive hours period per week, Monday through Friday, eight (8) productive hours per day, between the hours of 7:00 a.m. and 6:00 p.m., local time. Each QAE will establish a 30 to 60 minute lunch period near the approximate mid-point of the workday which is nonproductive time not billable by the Contractor. Accordingly, the productive hours shall not be continuous within a workday. Special hours, such as overtime, may be required on an occasional basis. The QAE shall provide as much notification as possible for special requirements. Operations conducted outside of normal business hours shall be performed only with the written authorization of the QAE or ACOTR.

**H.16 Facility Access**

(a) Rights of Egress and Ingress. During the life of this contract, the rights of ingress to and egress from the Department of Justice facility for the Contractor's representatives shall be made available as required. During all operations on Government premises, the Contractor's personnel shall comply with the rules and regulations governing the conduct of personnel and the operation of the facility. The Government reserves the right to require Contractor personnel to "sign-in" upon entry and "sign-out" upon departure from the Department of Justice facility.

(b) Building Access Passes. When any Contractor or subcontractor personnel enter a DOJ building for the first time, the Contractor shall allow one hour for security processing and the fabrication of buildings access passes.

(c) Passes shall be subject to periodic review by the Contractor's Supervisor and checked against the employee's personal identification. The Contractor's employees shall present themselves for the issuance of renewed passes when required by the Government as scheduled by the COTR or his designee. The Contractor shall notify the COTR when employee passes are lost, and must immediately apply for reissuance of a replacement pass. It is the Contractor's responsibility to return passes to the COTR or his designee when a Contractor employee is dismissed, terminated or assigned to duties not within the scope of this contract.

**H.17 Personnel Requirements**

The Contractor shall not hire any employee with the specific purpose of providing interim employment for the employee until employment by the Government can be effected.

**H.18 Personnel Security Clearance Requirements**

**(a) General**

(1) The Government anticipates that the work to be performed under this contract will involve access to sensitive but unclassified materials (otherwise known as "Limited Official Use") and non-sensitive materials. Sensitive materials may include, but are not limited to: data found within Grand Jury information, informant and witness information, investigative material, tax information, computer systems and information, Privacy Act protected information, and Department of Justice proprietary information. Duplication or disclosure of the data and other information to which the Contractor may have access as a result of this contract is prohibited by Public Law and, in the case of Grand Jury information and tax information, subject to criminal penalties. If a change in classification occurs and the contractor personnel will require access to classified information originated by or in the custody of the Department of Justice, than such access shall be processed through the National Industrial Security Program.

(2) In general, services performed by Contractor personnel may fall within three (3) "risk" categories as described below:

A. **High Risk**: Are those sensitive positions that have the potential for *exceptionally serious* impact involving duties especially critical to the DOJ or a program mission with broad scope of policy or program authority, such as:

- o Attorneys;
- o Law enforcement;
- o Policy development or implementation;
- o Higher level management assignment;
- o Independent spokespersons or nonmanagement positions with authority for independent action;
- o Significant fiduciary and procurement authority and responsibilities; or
- o ADP-computer positions responsible for the planning, direction, and implementation of a computer security program; the direction, planning, and design of a computer system, including the hardware and software; or, accessing a system during the operation or maintenance in such a way, with relatively High Risk to cause grave damage or realizing significant personal gain. (Refer to Appendix III, OMB Circular A-130, Management of Federal Information Resources,@ for those computer positions that are High Risk.)

B. **Moderate Risk**: Are those *sensitive* positions that have the potential for *moderate* to *serious* impact involving duties very important to the DOJ or program mission with significant program responsibilities and delivery of customer services to the public, such as:

- o Assistance to policy development and implementation;
- o Mid-level management assignments;
- o Nonmanagement positions with authority for independent or semi-independent action;
- o Delivery of service positions that demand public confidence or trust;
- o ADP-computer positions of a lesser degree of risk than that required for High Risk positions (Refer to Appendix III, OMB Circular A-130, "Management of Federal Information Resources," for those computer positions that are other than High Risk.);

- o Freedom of Information Act/Privacy duties; or

- o Positions that require access to Grand Jury information.

C. <u>Low Risk (Nonsensitive)</u>: Are those non-sensitive positions that do not fall into any of the above categories and include those positions with potential for impact involving duties of *limited relation* to the DOJ's mission.

**(b) <u>Types and Number of Background Investigations</u>**

(1) Work performed under this contract will fall within one or more of the risk categories defined in paragraph (a)(2) above. As a result, the Contractor's personnel must undergo a background investigation. The type of background investigation required will be commensurate with the risk factor associated with the duties of each position. Prior to award of the contract, the Contracting Officer's Technical Representative (COTR), in consultation with the cognizant Security Programs Manager (SPM), will determine the exact number and types of background investigations required for all Contractor positions. For planning purposes, the Government estimates that the following number and types of background investigations will be needed:

| Risk Category | Number of Investigations Needed |
|---|---|
| High Risk | Program Manager, Regional Directors, Agency Managers, and Project Directors |
| Moderate Risk | Operations Supervisor, Supervisory Paralegal, Supervisory Records Examiner/Analyst, Supervisory Financial Analyst |
| Low Risk | All Other Labor Categories |

(2) The Contractor will not be permitted to commence performance under the contract or individual task orders until a sufficient number of its personnel, as determined by the COTR and SPM, have received requisite background investigations or approved pre-appointment background investigation waivers.

(3) During the life of the contractor individual task orders, the Contractor shall ensure that no Contractor or Subcontractor employee commences performance hereunder prior to receipt of a written authorization from the Contracting Officer or COTR.

(c) **Pre-Appointment Background Investigations and Waivers**

Background investigations must be conducted and favorably adjudicated for each Department of Justice contract employee prior to commencing work on a Department contract. However, where programmatic needs do not permit the Government to wait for completion of the entire background investigation, a pre-appointment background investigation waiver can be granted by the SPM, in consultation with the cognizant COTR. The extent of the background investigation and/or the information needed to waive the background investigation will vary depending upon the Risk Category associated with each position. (See definitions in paragraph (a)(2) above). A waiver will be disapproved if it develops derogatory information that cannot be resolved in the contract employee's favor. When a waiver has been disapproved, the COTR, in consultation with the SPM, will determine (1) whether the contract employee will no longer be considered for work on a DOJ contract or (2) whether to wait for the completion and favorable adjudication of the background investigation before the contract employee commences work on a Department contract. The minimum pre-appointment investigative requirements are as follows:

(1) **High Risk Positions**:

A. The background investigation shall be an LBI (Limited Background Investigation). The LBI consists of a personal subject interview, NAC, credit history check, written inquiries and record searches covering 5 years, and personal interviews covering specific areas during the most recent 3 years.

B. Pre-appointment waivers may be granted following a successful National Crime Information Center (NCIC) check, vouchering of previous 2 employers, and a favorable review of forms submitted.

(2) **Moderate Risk Positions**

A. The background investigation shall be a NACI (National Agency Check and Inquiries).

B. The NACI consists of a NAC, written inquiries, and record searches covering specific areas of a subject's background during the past five (5) years.

C. Pre-appointment waivers may be granted following a favorable NCIC check and a favorable review of forms submitted.

(3) **Low Risk Positions**

A. The background investigation shall be a Federal Bureau of Investigation Name and Fingerprint check.

B. Pre-appointment waivers may be granted following a favorable NCIC check.

**(d) Required Security Forms**

The following forms must be completed and submitted by the Contractor for each Contractor background investigation:

(1) FD-258 (Applicant Fingerprint Card) - (two sets per applicant)

(2) SF-85 (Questionnaire for Non-Sensitive Positions) **OR** SF-85 P (Questionnaire for Public Trust Positions)

**(e) Procedures for Pre-Screening Applicants and Investigation**

(1) **The Contractor** shall be responsible for performing the following pre-screening and investigation duties for all persons proposed for work under this contract:

A. Furnish to each proposed Contractor employee the forms described in paragraph D above and ensure that adequate instructions for completing the forms are provided to each applicant.

B. Ensure that applicants obtain two (2) complete sets of their fingerprints on the prescribed Form FD-258 from an organization qualified to take fingerprints and approved by the COTR and SPM.

C. Collect completed forms from each applicant and review all forms for completeness and correctness. Return any incomplete or incorrect form(s) to applicant(s) to be corrected and re-submitted.

D. Submit completed forms to the COTR by no later than ten (10) calendar days after receipt of the blank forms.

E. As directed by the COTR, the Contractor may be required to initiate pre-appointment waivers for certain positions. This may entail performing one or more of the following: credit history checks, and vouchering previous employers.

G. The COTR will notify the Contractor of the results of background investigations as they are completed and adjudicated. The COTR will notify the Contractor of any applicants who are found ineligible for employment security approval so that the Contractor can immediately recruit and initiate paperwork to clear replacement applicants.

H. The COTR will notify the Contracting Officer when a sufficient number of Contractor employees have received employment security approvals or pre-appointment waivers approvals. Upon receipt of this information and any other information which may be required elsewhere in the contract, the Contracting Officer will issue individual task orders to the Contractor which permit the commencement of work under the contract.

I. The COTR will maintain an up-to-date file of COI's and other background investigation-related documentation for all Contractor employees throughout the life of the contract.

**(f) Re-Investigation of Contractor Employees**

(1) Security investigations are very costly to the Government. The Contractor shall make every effort to preclude incurrence of costs by the Government for security investigations for replacement of employees, and in so doing, shall assure that otherwise satisfactory and physically able employees assigned hereunder remain in contract performance for at least 365 calendar days. The Contractor shall take all necessary steps to assure that Contractor or Subcontractor personnel who are selected for assignment to this contract are professionally qualified and personally reliable, of reputable background and sound character, and meet all other requirements stipulated herein.

(2) The fact that the Government performs security investigations shall not in any manner relieve the Contractor of its responsibility to assure that all personnel furnished are reliable and of reputable background and sound character. Should a security investigation conducted by the Government render ineligible a Contractor-furnished employee, the Contracting Officer will investigate the cause and determine whether the Contractor has abdicated its responsibilities to make every effort to select reliable employees of reputable background and sound character. Should there be need to replace a Contractor or subcontractor employee due to nonperformance, the Contracting Officer will determine whether the Contractor has abdicated its responsibilities to make every effort to select trained and experienced employees.

(3) Should the Contracting Officer determine that the Contractor has failed to comply with the terms of paragraph (f)(1) above, the Contractor may be held monetarily responsible, as a minimum, for all reasonable and necessary costs incurred by the

Government to (a) provide coverage (performance) through assignment of individuals employed by the Government or third parties in those cases where absence of Contractor personnel would cause either a security threat or DOJ program disruption and (b) conduct security investigations in excess of those which would otherwise be required.

(4) Nothing in this Clause shall require the Contractor to bear costs involved in the conduct of security investigations for replacement of an employee who becomes deceased or severely ill for a long period of time.

(5) Acceptance by the Government of consideration to which the Government may be entitled pursuant to paragraph (f)(2) above shall not be construed to establish a course of conduct which will serve to limit the rights and remedies otherwise available to the Government. Under no circumstances shall the Contractor fail to comply with the terms and conditions set forth herein without assuming liability for such failure as may be established pursuant to this Clause. The rights and remedies conferred upon the Government by this Clause are in addition to all and other rights and remedies specified elsewhere in this contract or established by law.

**H.19 Physical Security Requirements**

(a) The Government shall furnish and maintain, specifically for use in the performance of this contract, all necessary office space, office furniture and equipment, computer equipment, telephone service under the Federal Telecommunications System (FTS), operating supplies, and other associated items as are necessary in the Government's judgment for the technical performance of the contract. Provision and maintenance of GFP for onsite support personnel required in the performance of this contract are the responsibility of the Government. Responsibility for accountable record keeping for the GFP shall retained by the Government.

(b) The Contractor shall exercise diligence in the care and safekeeping of the property mentioned herein. Liability for loss or damage of the property shall be in accordance with the provisions of the clause in this section entitled "Indemnification".

(c) GFP shall be used for contract performance only.

(d) The Contractor is responsible for the security of Contractor-owned property left within Government facilities or on Government property. The Government shall not be held liable for any loss or damage to Contractor property when stored within Government facilities unless the loss or damage is due to Government negligence.

(e) The Contractor is responsible for the security of the Government-furnished equipment, supplies and materials used in performance of the this contract. The Contractor shall be liable for loss or damage to these supplies, equipment and materials due to negligence, fraud, waste or abuse. These provisions also apply to the loss or damage to Government controlled seized or forfeited property caused by Contractor employees.

**H.20 Organizational Conflicts of Interest**

(a) The Contractor warrants that, to the best of his knowledge and belief, and except as otherwise set forth in this contract, he does not have any organizational conflict of interest as defined in paragraph (b) below.

(b) The term "organizational conflict of interest" means a situation where a Contractor has interests, either due to its other activities or its relationships with other organizations, which place it in a position that may be unsatisfactory or unfavorable from the Government's standpoint in being able to secure impartial, technically sound, objective assistance and advice from the Contractor, or in securing the advantages of adequate competition in its procurement.

(c) The Contractor agrees that, if after award he discovers an organizational conflict of interest with respect to this contract, he shall make an immediate and full disclosure in writing to the Contracting Officer which shall include a description of the action which the Contractor has taken or proposes to take to avoid, eliminate or neutralize the conflict. The Government may, however, terminate the contract for the convenience of the Government if it would be in the best interests of the Government.

(d) In the event that the Contractor was aware of organizational conflict of interest prior to the award of this contract and intentionally did not disclose the conflict to the Contracting Officer, the Government may terminate the contract at no cost to the Government.

**H.21 Confidentiality of Data**

(a) Duplication or disclosure of the data and other information to which the contractor will have access as a result of this contract is prohibited. It is understood that throughout performance of this contract, the contractor will have access to confidential data which is either the sole property of the Department of Justice or is the sole property of other than the contracting parties. The contractor and his subcontractor(s) (if any) agree to maintain the confidentiality of all data to which access may be gained throughout contract performance, whether title thereto vests in the Department of Justice or otherwise.

(b) The contractor and his Subcontractor(s) (if any) agree to not disclose said data, any interpretations and/or translations thereof, or data derivative therefrom, to unauthorized parties in contravention of these provisions, without the prior written approval of the Contracting Officer or the party in which title thereto is wholly vested. Subcontractors are subject to the same stipulations and may be held responsible for any violations of confidentiality.

(c) The Contractor agrees that upon termination of the contract, he has no property or possessory right to any of the correspondence, files or materials, of whatever kind and description, or any copies or duplicates of such, whether developed/prepared by him or furnished by the technical office in connection with the performance of this contract; and that, upon demand, the Contractor will surrender immediately to the CO such items, matters, materials, and copies.

(d) All Contractor and Subcontractor employees who will have access to materials will be asked to sign a Confidentiality Agreement. It is the responsibility of the Contractor to assure that such Agreements have been signed before access to material is permitted.

**H.22 Proprietary Rights**

(a) Government Furnished Data and Materials. The DOJ shall retain all rights and privileges, including those of patent and copy, to all Government furnished data. The Contractor shall neither retain nor reproduce for private or commercial use any data or other materials furnished under this contact. The Contractor agrees not to assert any rights at common law or in equity or establish any claim to statutory copyright in such data. These rights are not exclusive and are in addition to any other rights and remedies to which the Government is otherwise entitled elsewhere in this contract.

(b) Contractor Produced Data and Materials. All property rights, including publication rights, in the information and materials produced by the Contractor in connection with this contract shall vest in the Government. Information and materials shall include: progress reports, computer software applications/data bases, software documentation, plans, systems analyses, reports, extracts, test data and procedures.

**H.23 Publicity**

Publicity releases in connection with this contract shall not be made by the Contractor unless prior written approval has been received from the Contracting Officer.

## *PART II*
## *SECTION I – CONTRACT CLAUSES*

### I.1 Statement of Equivalent Rates for Federal Hires (FAR 52.222-42) (MAY 1989)

(a) In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

(b) The classes of service employees expected to be employed under this contract and the wages and fringe benefits payable to each if they were employed by the Government can be found in Section B.6.1. The data Federal Grade Equivalent provided in the Section B.6.1 table is for information only and is not a wage determination.

### I.2 Clauses Incorporated by Reference (FAR 52.252-2) (FEB 1998)

This contract incorporates the following clauses from the Federal Acquisition Regulation (48 CFR Chapter 1) by reference with the same force and effect as if they were given in full text. The full text of a clause may be accessed electronically at this address: http://www.arnet.gov/far/

| Clause Number | Title |
|---|---|
| 52.202-1 | Definitions (JUN 2004) |
| 52.203-3 | Gratuities (APR 1984) |
| 52.203-5 | Covenant Against Contingent Fees (APR 1984) |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government (JUL 1995) |
| 52.203-7 | Anti-Kickback Procedures (JUL 1995) |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (JAN 1997) |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (JAN 1997) |
| 52.203-12 | Limitations on Payments to Influence Certain Federal Transactions (JUN 2003) |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper (AUG 2000) |
| 52.204-7 | Central Contractor Registration (OCT 2003) |
| 52.209-6 | Protecting the Government's Interest when Subcontracting with Contractor's Debarred, Suspended, or Proposed for Debarment (JUL 1995) |
| 52.215-2 | Audit and Records–Negotiation (JUN 1999) |
| 52.215-8 | Order of Precedence – Uniform Contract Format (OCT 1997) |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data-Modifications (OCT 1997) |
| 52.215-14 | Integrity of Unit Prices (OCT 1997) |

| Clause Number | Title |
|---|---|
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data-Modifications (OCT 1997) |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JAN 1999) |
| 52.219-8 | Utilization of Small Business Concerns (May 2004) |
| 52.219-9 | Small Disadvantaged Business Subcontracting Plan (JAN 2002) Alternate II (OCT 2001) |
| 52.219-16 | Liquidated Damages--Small Business Subcontracting Plan (JAN 1999) |
| 52.219-25 | Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting (OCT 1999) |
| 52.222-3 | Convict Labor (JUN 2003) |
| 52.222-19 | Child Labor - Cooperation with Authorities and Remedies (JUN 2004) |
| 52.222-21 | Prohibition of Segregated Facilities (FEB 1999) |
| 52.222-26 | Equal Opportunity (APR 2002) |
| 52.222-35 | Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (DEC 2001) |
| 52.222-36 | Affirmative Action for Workers with Disabilities (JUN 1998) |
| 52.222-37 | Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (JAN 1999) |
| 52.222-38 | Compliance with Veteran's Reporting Requirements (DEC 2001) |
| 52.222-41 | Service Contract Act of 1965 as Amended (MAY 1989) |
| 52.222-43 | Fair Labor Standards Act and Service Contract - Price Adjustment (Multi-year and Option Contracts (MAY 1989) |
| 52.223-6 | Drug-Free Workplace (MAY 2001) |
| 52.223-14 | Toxic Chemical Release (AUG 2003) |
| 52.225-13 | Restrictions on Certain Foreign Purchases (DEC 2003) |
| 52.227-1 | Authorization and Consent (JUL 1995) |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement (AUG 1996) |
| 52.229-3 | Federal, State, and Local Taxes (JAN 1991) |
| 52.232-1 | Payments (APR 1984)<br>Note: Applies to orders issued on a firm-fixed price basis. |
| 52.232-7 | Payments Under Time-and-Materials and Labor-Hour Contracts (DEC 2002)<br>Note: Applies to orders issued on a Time & Material or Labor Hour basis. |
| 52.232-8 | Discounts for Prompt Payment (FEB 2002) |
| 52.232-11 | Extras (APR 1984) |
| 52.232-17 | Interest (JUN 1996) |

| Clause Number | Title |
|---|---|
| 52.232-23 | Assignment of Claims (JAN 1986) |
| 52.232-25 | Prompt Payment (OCT 2003) |
| 52.232-33 | Payment by Electronic Funds Transfer - Central Contractor Registration (OCT 2003) |
| 52.233-1 | Disputes (JUL 2002) |
| 52.233-3 | Protest After Award (AUG 1996) |
| 52.242-13 | Bankruptcy (JUL 1995) |
| 52.243-1 | Changes – Fixed-Price (AUG 1987) (ALT I) |
| 52.243-3 | Changes – Time-and-Materials or Labor-Hours (SEP 2000)<br>Note: Applies to orders issued on a Time & Material or Labor Hour basis. |
| 52.244-2 | Subcontracts (AUG 1998) |
| 52.245-1 | Property Records (APR 1984) |
| 52.248-1 | Value Engineering (FEB 2000) |
| 52.249-2 | Termination for Convenience of the Government (Fixed Price) (MAY 2004) |
| 52.249-6 | Termination (Cost-Reimbursement) (MAY 2004) Alternate IV (SEP 1996)<br>Note: Applies to orders issued on a Time & Material or Labor Hour basis. |
| 52.249-8 | Default (Fixed-Price Supply and Service) (APR 1984) |
| 52.249-14 | Excusable Delays (APR 1984)<br>Note: Applies to orders issued on a Time & Material or Labor Hour basis. |

U. S. Department of Justice
Drug Enforcement Administration
Domestic Asset Forfeiture Section
600 Army Navy Drive
Arlington, VA 22202
February 4, 2005

www.dea.gov

John Ferrell
Program Manager
Forfeiture Support Associates
18980 Upper Belmont Place
Lansdowne, VA 20176

On February 4, 2005, the Drug Enforcement Administration (DEA), New England Field Division requested that Forfeiture Support Associates (FSA) Records Examiner Brenda Baillargeon be terminated from her position in the Providence Resident Office. Mrs. Baillargeon has Office or Professional Responsibility (OPR) issues and there are performance concerns related to her time and attendance. I concur with the New England Field Division's concerns about Mrs. Baillargeon's security risk to DEA and request FSA terminate Mrs. Baillargeon from employment at DEA. It is requested FSA terminate Mrs. Baillargeon and remove her from the DEA office as soon as possible. Mrs. Baillargeon's DEA security clearance will be revoked immediately.

If you have further questions, please call me at 202-353-7045.

Respectfully,

Susan D. Ashcraft
Chief
Operations Management
Asset Forfeiture Section

Attachment

EXHIBIT 2