UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff, | : | |
| v. | : | C.A. No.: 07-271S |
| DRUG ENFORCEMENT ADMINISTRATION, XYZ CORPORATION, JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br>Defendants. | : | |

## MOTION FOR EXTENSION

Now comes the Plaintiff in the above-captioned matter and with the permission and consent of Defendant, hereby requests an extension within which to respond to Defendant's Motion for Summary Judgment dated December 10, 2007, thereby establishing a due date of **February 4, 2008**.

In support of the instant Motion, Plaintiff asserts that Defendant's Memorandum in Support of their Motion to Dismiss, is eighteen (18) pages in length and involves multiple complex issues of law for which Plaintiff must conduct substantial additional research in order to adequately and appropriately respond. Plaintiff's counsel has spoken to counsel for Defendant and there is no objection to this Motion.

Respectfully submitted,
Plaintiff,
By Her Attorneys,

/s/ Jeffrey D. Sowa

Jeffrey D. Sowa, Esquire #5764
**LaPlante Sowa Goldman**
West Exchange Center
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

Assented to:
Defendant,
Drug Enforcement Administration
By its Attorneys,

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dated: December 17, 2007

## CERTIFICATION

I hereby certify that on this 17th day of December 2007, I electronically filed the within Motion for Extension with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Jeffrey D. Sowa, Esquire