**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION, XYZ CORPORATION, JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br>Defendants. | : | C.A. No.: 07-271S |

**ASSENTED TO MOTION FOR EXTENSION**

Now comes the Plaintiff in the above-captioned matter and with the permission and consent of Defendant, hereby requests an extension within which to respond to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State Claim dated December 10, 2007, thereby establishing a due date of **February 11, 2008**.

In support of the instant Motion, Plaintiff asserts that Defendant's Memorandum in Support of their Motion to Dismiss, involves multiple complex issues of law for which Plaintiff has been conducting substantial research in order to adequately and appropriately respond.

Plaintiff's counsel has spoken to counsel for Defendant and there is no objection to this Motion.

Respectfully submitted,
Plaintiff,
By Her Attorneys,

/s/ Jeffrey D. Sowa

Jeffrey D. Sowa, Esquire #5764
**LaPlante Sowa Goldman**
West Exchange Center
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

Assented to:
Defendant,
Drug Enforcement Administration
By its Attorneys,

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

***Dated: February 4, 2008***

## CERTIFICATION

I hereby certify that on this 4th day of February 2008, I electronically filed the within Motion for Extension with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Jeffrey D. Sowa, Esquire