UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION, XYZ CORPORATION, JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 07-271S |

**PLAINTIFF BRENDA BAILLARGEON'S**
**OBJECTION TO DEFENDANT UNITED STATES**
**DRUG ENFORCEMENT ADMINISTRATION'S MOTION TO DISMISS**

Plaintiff Brenda Baillargeon ("Plaintiff") hereby objects to Defendant United States Drug Enforcement Administration's ("DEA") Motion to Dismiss. As grounds therefore, Plaintiff shall rely on her Memorandum of Law and the arguments to be made at the hearing.

Respectfully submitted,
Plaintiff,
By Her Attorneys,

/s/ Jeffrey D. Sowa

Jeffrey D. Sowa, Esquire #5764
Michael J. Jacobs, Esquire #7480
**LaPlante Sowa Goldman**
West Exchange Center
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

**CERTIFICATION**

I hereby certify that on this 11th day of February 2008, I electronically filed the within Objection to Defendant's Motion to Dismiss, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Jeffrey D. Sowa, Esquire