IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRENDA BAILLARGEON<br>Plaintiff | ) |
| | ) |
| v. | ) CA 07-271S |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION,<br>XYZ CORPORATION, JOHN DOE I, JOHN<br>DOE II, and JOHN DOE III,<br>Defendants | ) |

DEFENDANT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, on behalf of its agency, the Drug Enforcement Administration, and moves that the Defendant's time to answer, or otherwise respond to, plaintiff's Amended Complaint be enlarged up to and including April 4, 2008. Plaintiff's attorney has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B . MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February, 2008, I electronically filed the within Defendants' Assented-To Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Jeffrey D. Sowa, Esq.
Michael J. Jacobs, Esq.
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney