**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan D. Ashcraft, Chief -
U.S. Dept. of Justice, DEA
Domestic Asset Forfeiture Section
Operations Management Division
600 Army Navy Drive
Arlington, VA 22202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Susan Ashcraft ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Susan Ashcraft
C. Date of Delivery 3/5/0

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7007 0710 0004 7658 2286

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540