**United States District Court**
**For the District of Rhode Island**

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION, XYZ CORPORATION, JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br>Defendants. | : | C.A. No.: 07-271S |

## AFFIDAVIT OF SERVICE

Jeffrey D. Sowa, being first duly sworn, hereby deposes and states as follows:

1. I, Jeffrey D. Sowa, am the attorney for Plaintiff Brenda Baillargeon ("Plaintiff"), and make this Affidavit in support of my service of the Summons and First Amended Complaint in this matter.

2. On February 28, 2008, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I sent by Certified Mail, Return Receipt Requested, a Summons, in the form attached hereto as **Exhibit A**, and the First Amended Complaint in this action to Alberto Gonzales, Attorney General, U.S. Department of Justice, Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

3. A copy of the post office receipt is attached hereto as **Exhibit B** reflecting delivery of the Summons and First Amended Complaint on March 5, 2008.

4. Based upon the aforesaid, Plaintiff has complied with the requirements of Rule 4 of the Federal Rules of Civil Procedure.

Jeffrey D. Sowa, Esquire #5764

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on this 26th day of March 2008, before me personally appeared Jeffrey D. Sowa, to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him executed to be his free act and deed.

Corinna A. Sorvillo
Notary Public
My Commission Expires: 12/9/09

Corinna A. Sorvillo
Notary Public
State of Rhode Island
My Commission Expires: 12/9/09