IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br>SUSAN D. ASHCRAFT, in her individual<br>capacity, THE UNITED STATES OF AMERICA,<br>JOHN DOE II, in his individual capacity and<br>JOHN DOE III, in his individual capacity,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA 07-271S |

**CERTIFICATION**

I, Robert C. Corrente, am the United States Attorney for the District of Rhode Island and my office is responsible for litigating the above-captioned action. I have read the Complaint in this case. Pursuant to 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3 and its appendix, on the basis of the information now available to me, I hereby certify that Susan D. Ashcraft was acting within the scope of her employment as an employee of the United States at the time of the incidents out of which the claims in this case arose.

Dated: March 18, 2008

ROBERT CLARK CORRENTE
United States Attorney