IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON, Plaintiff | ) | |
| v. | ) | CA 07-271S |
| DRUG ENFORCEMENT ADMINISTRATION, SUSAN D. ASHCRAFT, in her individual capacity, THE UNITED STATES OF AMERICA, JOHN DOE II, in his individual capacity and JOHN DOE III, in his individual capacity, Defendants | ) | |

**DEFENDANT SUSAN D. ASHCRAFT'S MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA FOR SUSAN D. ASHCRAFT AS A DEFENDANT**

Defendant Susan D. Ashcraft, by her attorneys, hereby moves to substitute the United States of America for Susan D. Ashcraft as a defendant in Counts V-VII of the First Amended Complaint in this case pursuant to 28 U.S.C. § 2679(d)(1).

Respectfully submitted,

SUSAN D. ASHCRAFT

By her Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B . MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2008, I electronically filed the within Defendant Susan D. Ashcraft's Motion to Substitute the United States of America for Susan D. Ashcraft as a Defendant and supporting memorandum with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Jeffrey D. Sowa, Esq.
Michael J. Jacobs, Esq.
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903

/s/ Richard B. Myrus
RICHARD B . MYRUS

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br>SUSAN D. ASHCRAFT, in her individual<br>capacity, THE UNITED STATES OF AMERICA,<br>JOHN DOE II, in his individual capacity and<br>JOHN DOE III, in his individual capacity,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA 07-271S |

**DEFENDANT SUSAN D. ASHCRAFT'S**
**MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE THE**
**UNITED STATES OF AMERICA FOR SUSAN D. ASHCRAFT AS A DEFENDANT**

Pursuant to 28 U.S.C. § 2679(d)(1), the United States of America should be substituted for Susan D. Ashcraft as a defendant in Counts V-VII of plaintiff's First Amended Complaint in this case, which allege intentional infliction of emotional distress, negligent infliction of emotion distress, and tortious interference with contractual relations, respectively. The exclusive remedy against any personal injury arising from the negligent or wrongful act or omission of any federal employee acting within the scope of her employment is against the United States, and any civil action against the employee or the employee's estate is precluded. 28 U.S.C. § 2679(b)(1); see also McCloskey v. Mueller, 446 F.3d 262, 266 (1st Cir. 2006) (United States is the only proper defendant in Federal Tort Claims Act claim). Title 28, United States Code, Section 2679(b)(1), specifically provides:

> The remedy against the United States provided by sections 1346(b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee. Any

> other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard to when the act or omission occurred.

Further, 28 U.S.C. § 2679(d)(1) requires the substitution of the United States when the Attorney General certifies that the defendant employee was acting within the scope of her employment:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

On March 18, 2008, Robert Clark Corrente, United States Attorney, on behalf of the Attorney General, certified that Defendant Susan D. Ashcraft was acting within the scope of her employment at the time of the actions out of which plaintiff's claims arose. See Certification filed April 1, 2008. Thus, Defendant Ashcraft respectfully requests that the United States of America be substituted for her as a defendant in Claims V-VII of plaintiff's First Amended Complaint.

Respectfully submitted,

SUSAN D. ASHCRAFT

By her Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B . MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2008, I electronically filed the within Defendant Susan D. Ashcraft's Motion to Substitute the United States of America for Susan D. Ashcraft as a Defendant and supporting memorandum with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Jeffrey D. Sowa, Esq.
Michael J. Jacobs, Esq.
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903

/s/ Richard B. Myrus
RICHARD B . MYRUS