**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BRENDA BAILLARGEON,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No.: 07-271S** |
| **DRUG ENFORCEMENT ADMINISTRATION,**<br>**SUSAN D. ASHCRAFT, in her individual capacity,**<br>**THE UNITED STATES OF AMERICA,**<br>**JOHN DOE II, in his individual capacity**<br>**and JOHN DOE III, in his individual capacity,**<br>**Defendants.** | : | |

## ASSENTED TO MOTION FOR EXTENSION

Now comes the Plaintiff in the above-captioned matter and with the permission and consent of Defendant, hereby requests a thirty (30) day extension within which to respond to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State Claim, thereby establishing a deadline of May 18, 2008.

Defendant assents to the filing of this Motion.

Respectfully submitted,
Plaintiff,
By Her Attorneys,

/s/ Jeffrey D. Sowa
Jeffrey D. Sowa, Esquire #5764
**LaPlante Sowa Goldman**
West Exchange Center
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

Assented to:
Defendants,
By Their Attorneys,

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

***Dated: April 11, 2008***

**CERTIFICATION**

I hereby certify that on this 11th day of April 2008, I electronically filed the within Motion for Extension with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Jeffrey D. Sowa, Esquire