UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON,<br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION, XYZ CORPORATION, JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 07-271S |

**PLAINTIFF BRENDA BAILLARGEON'S**
**OBJECTION TO DEFENDANT UNITED STATES**
**DRUG ENFORCEMENT ADMINISTRATION'S MOTION TO DISMISS**

Plaintiff Brenda Baillargeon ("Plaintiff") hereby objects to Defendant United States Drug Enforcement Administration's ("DEA") Motion to Dismiss. As grounds therefore, Plaintiff shall rely on her Memorandum of Law and the arguments to be made at the hearing.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff hereby requests this matter be assigned for oral argument.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court:

1. Deny Defendant's Motion for Summary Judgment;
2. Grant the relief requested by Plaintiff in her Complaint;
3. Award Plaintiff costs and attorneys' fees; and
4. Grant such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,
Plaintiff,
By Her Attorneys,

/s/ Jeffrey D. Sowa

Jeffrey D. Sowa, Esquire #5764
Michael J. Jacobs, Esquire #7480
**LaPlante Sowa Goldman**
West Exchange Center
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 28th day of May, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Richard B. Myrus, Esquire
Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Jeffrey D. Sowa, Esquire