IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

BRENDA BAILLARGEON )
Plaintiff )
)
v. ) CA 07-271S
)
DRUG ENFORCEMENT ADMINISTRATION, )
SUSAN D. ASHCRAFT, in her individual )
capacity, THE UNITED STATES OF AMERICA, )
JOHN DOE II, in his individual capacity and )
JOHN DOE III, in his individual capacity, )
Defendants )

DEFENDANTS' ASSENTED -TO MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, on behalf of the Defendants, moves that the Defendants' time to respond to Plaintiff Brenda Baillargeon's Objection to Defendant United States Drug Enforcement Administration's Motion to Dismiss be enlarged up to and including July 11, 2008.

Plaintiff's attorney has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B . MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May, 2008, I electronically filed the within Defendants' Assented-To Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Jeffrey D. Sowa, Esq.
Michael J. Jacobs, Esq.
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney