IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA BAILLARGEON<br>Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CA 07-271S |
| | ) | |
| DRUG ENFORCEMENT ADMINISTRATION, | ) | |
| SUSAN D. ASHCRAFT, THE UNITED STATES | ) | |
| OF AMERICA, DOE II, and JOHN DOE III,<br>Defendants | ) | |

DEFENDANTS' STATEMENT OF ERRATA
TO THE DECLARATION OF SUSAN D. ASHCRAFT

Defendants respectfully submit the following statement of errata to correct a typographical error in the April 3, 2008 declaration of Susan D. Ashcraft in support of defendants' motion to dismiss the amended complaint in the above-captioned matter. In paragraph 2 of the declaration, "personnel" should read "personal".

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B . MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2008, I electronically filed the within with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Jeffrey D. Sowa, Esq.
Michael J. Jacobs, Esq.
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney